1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| In Re: | Case No.:   3:18-mc-05026 |
| DMCA SUBPOENA TO CLOUDFLARE, INC., | DECLARATION OF JASON TUCKER IN SUPPORT OF DMCA SUBPOENA TO CLOUDFLARE, INC. |
| Service Provider. | |

DECLARATION OF JASON TUCKER
IN SUPPORT OF DMCA SUBPOENA TO
CLOUDFLARE, INC. - 1

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

I, Jason Tucker, declare:

1.     I am a United States citizen, over the age of 18 years, and make this declaration based upon personal knowledge.  If called to testify, I could and would testify competently to the facts set forth herein.

2.     I am a director of Battleship Stance Inc., a leading intellectual property management, anti-piracy enforcement, and legal services company.  I have been involved in more than fifty (50) federal lawsuits brought against a range of defendants for copyright and trademark infringement, and have previously served as an expert witness in similar proceedings.

3.     AMA Multimedia, LLC retained Battleship Stance to investigate copyright and trademark violations and to assist in certain litigation to enforce its intellectual property rights. I have been asked to submit this declaration in support of AMA's request for issuance of a Subpoena by the Clerk of this Court, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h), to Cloudflare, Inc. (hereinafter, "Cloudflare"), relating to the posting of AMA's copyrighted material on domains for which Cloudflare provides hosting and content delivery network ("CDN") services, in this instance the domain "yourporn.sexy."

4.     I have personal knowledge of the copyrights owned by AMA and have personally researched the ongoing infringements of those copyrights that occur on the internet.  Such infringements have included countless instances that AMA's copyrighted works have been posted without AMA authorization to yourporn.sexy.

4.     On December 4, 2018, I personally issued and served a copyright infringement notification on Cloudflare's DMCA Agent.  Pursuant to Section 512(c)(3)(A), the notification was properly signed by me, identified the copyrighted material being infringed and the URL of the infringing material, confirmed that such use of AMA's copyrighted works on domains serviced by Cloudflare was not authorized by AMA, and gave contact information such that the DMCA Agent could reach me with questions.  A true and correct copy of this notification is attached as **Exhibit A**.

DECLARATION OF JASON TUCKER
IN SUPPORT OF DMCA SUBPOENA TO
CLOUDFLARE, INC. - 2

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

1    4.    The purpose of the DMCA Subpoena is to obtain information sufficient to

2    identify alleged infringers who, without authorization from AMA, posted material to

3    yourporn.sexy, which infringed copyrights held by AMA.  The information received as a result

4    of the Subpoena will only be used by AMA to protect its rights under Title 17 of the United

5    States Code.

6

7    I declare under penalty of perjury under the laws of the United States of America that the

8    foregoing is true and corrected.

9    DATED this 5th day day of December, 2018, at Scottsdale, Arizona.

Jason Tucker

DECLARATION OF JASON TUCKER
IN SUPPORT OF DMCA SUBPOENA TO
CLOUDFLARE, INC. - 3

**FREEMAN LAW FIRM, INC.**
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

# Exhibit A

|

## Copy of Notification Issued Pursuant to 17 U.S.C. § 512(c)(3) to Registered DMCA Agent for Service Provider Cloudflare, Inc.

**Jason Tucker**

| | |
|---|---|
| **From:** | Jason Tucker ███████████████ |
| **Sent:** | Tuesday, December 04, 2018 1:25 PM |
| **To:** | 'abuse@cloudflare.com' |
| **Subject:** | DMCA Notice of Copyright Infringement - AMA |

Justin Paine
Cloudflare
101 Townsend Street
Legal Department
San Francisco,  CA  94107
Via Email: abuse@cloudflare.com

RE: DMCA Notice of Copyright Infringement

Dear Justin Paine,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
AMA MULTIMEDIA LLC
Attn: Jason Tucker
Address: ██████████████████████████

Infringing Material:
https://yourporn.sexy/post/5661c29c5e16e.html
https://yourporn.sexy/post/56680e1806621.html
https://yourporn.sexy/post/56684625d5d55.html
https://yourporn.sexy/post/5669dde680b6f.html
https://yourporn.sexy/post/566c012d3a7c8.html
https://yourporn.sexy/post/566c13acc4969.html
https://yourporn.sexy/post/566c1442d34da.html
https://yourporn.sexy/post/566c1b381b2c3.html
https://yourporn.sexy/post/566c1de9619d1.html
https://yourporn.sexy/post/566c254209f26.html
https://yourporn.sexy/post/566ee1f27170c.html
https://yourporn.sexy/post/566ee2a36e000.html
https://yourporn.sexy/post/566ee37bf1e2a.html
https://yourporn.sexy/post/566ee8afb4193.html
https://yourporn.sexy/post/566ee9d9924c1.html
https://yourporn.sexy/post/566f3abc5aaa9.html

https://yourporn.sexy/post/56784f32bf275.html
https://yourporn.sexy/post/567d1bde616bb.html
https://yourporn.sexy/post/567d1d6dc0360.html
https://yourporn.sexy/post/5684f0a9ce7f6.html
https://yourporn.sexy/post/5684f67e08f10.html
https://yourporn.sexy/post/5684f7ae06cf4.html
https://yourporn.sexy/post/5684f8b87553d.html
https://yourporn.sexy/post/5684fa84f91e5.html
https://yourporn.sexy/post/5687cc0bc098e.html
https://yourporn.sexy/post/568c120b41d03.html
https://yourporn.sexy/post/568d44bce0089.html
https://yourporn.sexy/post/568d4df38ce4e.html
https://yourporn.sexy/post/569134aa54d91.html
https://yourporn.sexy/post/569136254f2dd.html
https://yourporn.sexy/post/569136ff8edb9.html
https://yourporn.sexy/post/56913864e3758.html
https://yourporn.sexy/post/56913930d6c44.html
https://yourporn.sexy/post/569e3641f1867.html
https://yourporn.sexy/post/569f80f89edcb.html
https://yourporn.sexy/post/56a28bdfb5820.html
https://yourporn.sexy/post/56a51e29e8e52.html
https://yourporn.sexy/post/56a74e9d757e3.html
https://yourporn.sexy/post/56a8951f22f01.html
https://yourporn.sexy/post/56a8992ca2b27.html
https://yourporn.sexy/post/56a89c25e4596.html
https://yourporn.sexy/post/56a89ecc92022.html
https://yourporn.sexy/post/56a8a115325db.html
https://yourporn.sexy/post/56afb1e994c2e.html
https://yourporn.sexy/post/56afb342da58c.html
https://yourporn.sexy/post/56afb46f6c357.html
https://yourporn.sexy/post/56afb57b81db4.html
https://yourporn.sexy/post/56afb6ea97db1.html
https://yourporn.sexy/post/56b49aabd500b.html
https://yourporn.sexy/post/56bb512be6fa0.html
https://yourporn.sexy/post/56bb539520c77.html
https://yourporn.sexy/post/56bb553df02d7.html
https://yourporn.sexy/post/56bb57ac33238.html
https://yourporn.sexy/post/56bb5bcbd6614.html
https://yourporn.sexy/post/56bb9d10415b9.html
https://yourporn.sexy/post/56bb9d5dd413a.html
https://yourporn.sexy/post/56bb9db7baab4.html
https://yourporn.sexy/post/56bb9e301966a.html
https://yourporn.sexy/post/56bb9e9b84bad.html
https://yourporn.sexy/post/56bcf0b5727a4.html
https://yourporn.sexy/post/56bf85e3ca152.html
https://yourporn.sexy/post/56c0e1643027c.html
https://yourporn.sexy/post/56c306ff9d67a.html
https://yourporn.sexy/post/56c3304d7475f.html
https://yourporn.sexy/post/56c4bad8f035e.html
https://yourporn.sexy/post/56c65e2cff5af.html
https://yourporn.sexy/post/56c72e4f74c90.html

https://yourporn.sexy/post/56c72f29e48cf.html
https://yourporn.sexy/post/56c72f73adcfb.html
https://yourporn.sexy/post/56c7322ddc986.html
https://yourporn.sexy/post/56c7328a86d8b.html
https://yourporn.sexy/post/56c77f5a42427.html
https://yourporn.sexy/post/56c780439a79e.html
https://yourporn.sexy/post/56c9c3b42854a.html
https://yourporn.sexy/post/56c9c47a0adf6.html
https://yourporn.sexy/post/56c9e96e6ba32.html
https://yourporn.sexy/post/56d46ca3fbf98.html
https://yourporn.sexy/post/56d46d1710598.html
https://yourporn.sexy/post/56d46dfe8f9ce.html
https://yourporn.sexy/post/56d46e698e824.html
https://yourporn.sexy/post/56d5f1b3a1913.html
https://yourporn.sexy/post/56d6e9d167aff.html
https://yourporn.sexy/post/56d85dec20084.html
https://yourporn.sexy/post/56d860c0819b9.html
https://yourporn.sexy/post/56daf4acd231e.html
https://yourporn.sexy/post/56dd981c863ab.html
https://yourporn.sexy/post/56def3226326a.html
https://yourporn.sexy/post/56def388bab33.html
https://yourporn.sexy/post/56def401d0dbd.html
https://yourporn.sexy/post/56def49dfcded.html
https://yourporn.sexy/post/56def51d22a55.html
https://yourporn.sexy/post/56e079f1795fa.html
https://yourporn.sexy/post/56e07a58843a5.html
https://yourporn.sexy/post/56e07abe2fa40.html
https://yourporn.sexy/post/56e07b1287535.html
https://yourporn.sexy/post/56e07b8a00870.html
https://yourporn.sexy/post/56e07ee9fa553.html
https://yourporn.sexy/post/56e0811f6141e.html
https://yourporn.sexy/post/56e1b3118a118.html
https://yourporn.sexy/post/56e2cb9be2c47.html
https://yourporn.sexy/post/56e2dadea5f37.html
https://yourporn.sexy/post/56e2dbac379af.html
https://yourporn.sexy/post/56e58aceb96d5.html
https://yourporn.sexy/post/56e692fbfd9f7.html
https://yourporn.sexy/post/56e693587c736.html
https://yourporn.sexy/post/56e69382f4408.html
https://yourporn.sexy/post/56e6952c61939.html
https://yourporn.sexy/post/56e6a181211ad.html
https://yourporn.sexy/post/56e6a1cee870b.html
https://yourporn.sexy/post/56e6a38da5de1.html
https://yourporn.sexy/post/56e6a3d79f029.html
https://yourporn.sexy/post/56e6a43c04674.html
https://yourporn.sexy/post/56e6f5b868083.html
https://yourporn.sexy/post/56e6f6112d838.html
https://yourporn.sexy/post/56e6f68f919e6.html
https://yourporn.sexy/post/56e6f750f67a4.html
https://yourporn.sexy/post/56e6faac79bdb.html
https://yourporn.sexy/post/56e9799dfdb34.html

https://yourporn.sexy/post/56e97d612639f.html
https://yourporn.sexy/post/56ea935af6b13.html
https://yourporn.sexy/post/56ea978c1c91a.html
https://yourporn.sexy/post/56ed4b13c3d34.html
https://yourporn.sexy/post/56efac46bf076.html
https://yourporn.sexy/post/56efacb94f258.html
https://yourporn.sexy/post/56efacf37a814.html
https://yourporn.sexy/post/56efad4e856b7.html
https://yourporn.sexy/post/56efadd3da2dd.html
https://yourporn.sexy/post/56f049d60eea8.html
https://yourporn.sexy/post/56f06537b5339.html
https://yourporn.sexy/post/56f17484a84f1.html
https://yourporn.sexy/post/56f2bad4f5dd4.html
https://yourporn.sexy/post/56f3ef4864033.html
https://yourporn.sexy/post/56f3f72127412.html
https://yourporn.sexy/post/56f4e802666da.html
https://yourporn.sexy/post/56f4e8908c0f2.html
https://yourporn.sexy/post/56f4e8f3fcae6.html
https://yourporn.sexy/post/56f4e948f3ad9.html
https://yourporn.sexy/post/56f4e9b1efb85.html
https://yourporn.sexy/post/56faa525e6fe8.html
https://yourporn.sexy/post/56faa5e504358.html
https://yourporn.sexy/post/56faa694af770.html
https://yourporn.sexy/post/56faa70a17d33.html
https://yourporn.sexy/post/56faa75c135e4.html
https://yourporn.sexy/post/56faa82ebb566.html
https://yourporn.sexy/post/56faa8d79f43e.html
https://yourporn.sexy/post/56faaa88c98c2.html
https://yourporn.sexy/post/56faab433d57a.html
https://yourporn.sexy/post/56faab9daa44b.html
https://yourporn.sexy/post/56fae1cd813e9.html
https://yourporn.sexy/post/56fbc242495d1.html
https://yourporn.sexy/post/56fbc2b1c5836.html
https://yourporn.sexy/post/56fbc37705123.html
https://yourporn.sexy/post/56fbc41468c39.html
https://yourporn.sexy/post/56fbc46b2058b.html
https://yourporn.sexy/post/56fcedb46e9d8.html
https://yourporn.sexy/post/56fd785b89ca8.html
https://yourporn.sexy/post/56fd7ae02b79b.html
https://yourporn.sexy/post/56fd7c62f28f7.html
https://yourporn.sexy/post/56fe7a83544c4.html
https://yourporn.sexy/post/57002172e0cb2.html
https://yourporn.sexy/post/57029fca1bbc3.html
https://yourporn.sexy/post/5703e01485af2.html
https://yourporn.sexy/post/57044704669cb.html
https://yourporn.sexy/post/570447542955f.html
https://yourporn.sexy/post/5704478f17f2a.html
https://yourporn.sexy/post/570447c91a173.html
https://yourporn.sexy/post/57056a5504787.html
https://yourporn.sexy/post/5706a3ca148a1.html
https://yourporn.sexy/post/5706a446b4015.html

TUCKER DECL. - 8

https://yourporn.sexy/post/5706a51843308.html
https://yourporn.sexy/post/5706a6073659a.html
https://yourporn.sexy/post/5706a7577a8c9.html
https://yourporn.sexy/post/5706a84030682.html
https://yourporn.sexy/post/5706a8e77f75a.html
https://yourporn.sexy/post/5706abac5899b.html
https://yourporn.sexy/post/5706b23a8de4d.html
https://yourporn.sexy/post/5706b2bf3c1f8.html
https://yourporn.sexy/post/5706b33fe4eed.html
https://yourporn.sexy/post/5706b3b5dd0e0.html
https://yourporn.sexy/post/5706b4676de97.html
https://yourporn.sexy/post/5706b599b2d0b.html
https://yourporn.sexy/post/5706b61e46451.html
https://yourporn.sexy/post/5706b6725de00.html
https://yourporn.sexy/post/5706b7464f07b.html
https://yourporn.sexy/post/5707cdd60edc6.html
https://yourporn.sexy/post/5707d4da58a99.html
https://yourporn.sexy/post/5708292d03cd9.html
https://yourporn.sexy/post/570970f531cba.html
https://yourporn.sexy/post/57097154c3715.html
https://yourporn.sexy/post/57097273e1f3c.html
https://yourporn.sexy/post/570972c6e3b13.html
https://yourporn.sexy/post/570973139e081.html
https://yourporn.sexy/post/570a7cee1f7d1.html
https://yourporn.sexy/post/570aa62a31e27.html
https://yourporn.sexy/post/570e22b644f57.html
https://yourporn.sexy/post/570e99f1cdb66.html
https://yourporn.sexy/post/570ff7eae2ef8.html
https://yourporn.sexy/post/5710640afc016.html
https://yourporn.sexy/post/57106459ab71b.html
https://yourporn.sexy/post/5710649502976.html
https://yourporn.sexy/post/571064cda484c.html
https://yourporn.sexy/post/571065147c9de.html
https://yourporn.sexy/post/5710fdf1c97cb.html
https://yourporn.sexy/post/5710fefdf3659.html
https://yourporn.sexy/post/57113e36ba1a7.html
https://yourporn.sexy/post/57113fead04e9.html
https://yourporn.sexy/post/5711406b7e89f.html
https://yourporn.sexy/post/57127e9b510b0.html
https://yourporn.sexy/post/57127eeda8090.html
https://yourporn.sexy/post/57127f61315b6.html
https://yourporn.sexy/post/57127fcdbe864.html
https://yourporn.sexy/post/5712806a9ff84.html
https://yourporn.sexy/post/571280fed88c5.html
https://yourporn.sexy/post/5712817a8adb0.html
https://yourporn.sexy/post/5712820c3efc7.html
https://yourporn.sexy/post/5712828e90230.html
https://yourporn.sexy/post/571282dc65278.html
https://yourporn.sexy/post/5716694961cef.html
https://yourporn.sexy/post/57176dfaa62b7.html
https://yourporn.sexy/post/57176e5b80f02.html

TUCKER DECL. - 9

https://yourporn.sexy/post/57176e93e81c2.html
https://yourporn.sexy/post/57176eddd6ac8.html
https://yourporn.sexy/post/57176f2ba968c.html
https://yourporn.sexy/post/5717dd3239e18.html
https://yourporn.sexy/post/571a6c276030c.html
https://yourporn.sexy/post/571b888009989.html
https://yourporn.sexy/post/571be3929baed.html
https://yourporn.sexy/post/571e87c297add.html
https://yourporn.sexy/post/571e882916c29.html
https://yourporn.sexy/post/571e88b0cfcbc.html
https://yourporn.sexy/post/571e893778719.html
https://yourporn.sexy/post/571e923b1f04b.html
https://yourporn.sexy/post/571ff735d9d55.html
https://yourporn.sexy/post/571ff76ac0650.html
https://yourporn.sexy/post/571ff79867b49.html
https://yourporn.sexy/post/571ff803e936b.html
https://yourporn.sexy/post/571ff83f24987.html
https://yourporn.sexy/post/57201e6e0e5c8.html
https://yourporn.sexy/post/57201ed67aa4c.html
https://yourporn.sexy/post/57201f3284d51.html
https://yourporn.sexy/post/57201f6d6d774.html
https://yourporn.sexy/post/57201faa51c0f.html
https://yourporn.sexy/post/572025fcde4e2.html
https://yourporn.sexy/post/572026848c961.html
https://yourporn.sexy/post/5720270cd0281.html
https://yourporn.sexy/post/5720287928822.html
https://yourporn.sexy/post/57211818fb473.html
https://yourporn.sexy/post/57211b69fe576.html
https://yourporn.sexy/post/57225b9f3004f.html
https://yourporn.sexy/post/57226693657b3.html
https://yourporn.sexy/post/5723b30a58d8d.html
https://yourporn.sexy/post/5723cb6018457.html
https://yourporn.sexy/post/5724fa70045ab.html
https://yourporn.sexy/post/57278faf17765.html
https://yourporn.sexy/post/572b83b326295.html
https://yourporn.sexy/post/572cb34640260.html
https://yourporn.sexy/post/572cb6e777ad3.html
https://yourporn.sexy/post/5730bd13ada39.html
https://yourporn.sexy/post/573139ec861b9.html
https://yourporn.sexy/post/57313a312455f.html
https://yourporn.sexy/post/57313a8837f4d.html
https://yourporn.sexy/post/57313ad7c92ba.html
https://yourporn.sexy/post/573536065e6b8.html
https://yourporn.sexy/post/57353657eb492.html
https://yourporn.sexy/post/573536a7ead8e.html
https://yourporn.sexy/post/5735370d589a0.html
https://yourporn.sexy/post/57357ecdf3c7e.html
https://yourporn.sexy/post/57357f3544306.html
https://yourporn.sexy/post/57357fc425828.html
https://yourporn.sexy/post/5735802973426.html
https://yourporn.sexy/post/573581072eaae.html

6

https://yourporn.sexy/post/5735c9cfb5453.html
https://yourporn.sexy/post/5735cb7116654.html
https://yourporn.sexy/post/5735d2ebde9d2.html
https://yourporn.sexy/post/5735d3a07a2e2.html
https://yourporn.sexy/post/5739f0d56d1f6.html
https://yourporn.sexy/post/5739f1ca38a35.html
https://yourporn.sexy/post/573b2cbe515f2.html
https://yourporn.sexy/post/573b2d1fae02e.html
https://yourporn.sexy/post/573b2d9926090.html
https://yourporn.sexy/post/573b2e0b38613.html
https://yourporn.sexy/post/573b2ecb613ea.html
https://yourporn.sexy/post/573e15d98d598.html
https://yourporn.sexy/post/573f3ae012734.html
https://yourporn.sexy/post/573f58f646af6.html
https://yourporn.sexy/post/573f6f8a31295.html
https://yourporn.sexy/post/5740ad4ba2796.html
https://yourporn.sexy/post/5740bc0c8963c.html
https://yourporn.sexy/post/57430a9d6b612.html
https://yourporn.sexy/post/57430b1a04300.html
https://yourporn.sexy/post/57430b6bcc944.html
https://yourporn.sexy/post/57430c46c60f5.html
https://yourporn.sexy/post/57430c961f2a1.html
https://yourporn.sexy/post/57431845d21bd.html
https://yourporn.sexy/post/574318f6fdf03.html
https://yourporn.sexy/post/5744e1fa2dd46.html
https://yourporn.sexy/post/5744e231e0cc6.html
https://yourporn.sexy/post/5744e26ed54b5.html
https://yourporn.sexy/post/5744e2aa5ed87.html
https://yourporn.sexy/post/5744e2e5530be.html
https://yourporn.sexy/post/5746decac826d.html
https://yourporn.sexy/post/5746df42cd33e.html
https://yourporn.sexy/post/5748389d183b0.html
https://yourporn.sexy/post/574839bfed83b.html
https://yourporn.sexy/post/5749b85b22d22.html
https://yourporn.sexy/post/574c6aa8e94fb.html
https://yourporn.sexy/post/574c702deba5c.html
https://yourporn.sexy/post/574ec3edb0e88.html
https://yourporn.sexy/post/575009bfe1571.html
https://yourporn.sexy/post/57500bea34ae6.html
https://yourporn.sexy/post/5750c5fe2c7c9.html
https://yourporn.sexy/post/5750c62db197d.html
https://yourporn.sexy/post/5750c676ebd9c.html
https://yourporn.sexy/post/5750c6b7799c4.html
https://yourporn.sexy/post/5750c6fec9c93.html
https://yourporn.sexy/post/57516589fc8b2.html
https://yourporn.sexy/post/575169831f077.html
https://yourporn.sexy/post/575171576542a.html
https://yourporn.sexy/post/5758088e02c62.html
https://yourporn.sexy/post/5758ac64adc55.html
https://yourporn.sexy/post/5758acad6ace1.html
https://yourporn.sexy/post/5758acfae7a95.html

https://yourporn.sexy/post/5758ad4bab832.html
https://yourporn.sexy/post/5758adb59ab1e.html
https://yourporn.sexy/post/5759861c0fe45.html
https://yourporn.sexy/post/575986f3bf247.html
https://yourporn.sexy/post/575987a15d3f7.html
https://yourporn.sexy/post/5759f3491b497.html
https://yourporn.sexy/post/5759f38d03c12.html
https://yourporn.sexy/post/5759f3ca56f41.html
https://yourporn.sexy/post/5759f415f4e30.html
https://yourporn.sexy/post/5759f47a75c37.html
https://yourporn.sexy/post/5759f50ca8e29.html
https://yourporn.sexy/post/5759f55673609.html
https://yourporn.sexy/post/5759f5b1acba4.html
https://yourporn.sexy/post/5759f6026ffad.html
https://yourporn.sexy/post/575a5cc713c89.html
https://yourporn.sexy/post/575c96d7c3778.html
https://yourporn.sexy/post/575c971d698fd.html
https://yourporn.sexy/post/575c976ac84a9.html
https://yourporn.sexy/post/575c97bc944b7.html
https://yourporn.sexy/post/575c98008c094.html
https://yourporn.sexy/post/5760389e5d98e.html
https://yourporn.sexy/post/576273327a232.html
https://yourporn.sexy/post/57632c7f11af3.html
https://yourporn.sexy/post/57632cdc14b8a.html
https://yourporn.sexy/post/57632d07469be.html
https://yourporn.sexy/post/57632d3b4eb30.html
https://yourporn.sexy/post/57632dad20089.html
https://yourporn.sexy/post/57668079df92d.html
https://yourporn.sexy/post/57670240494b3.html
https://yourporn.sexy/post/576c979807e16.html
https://yourporn.sexy/post/576c97d63d0ee.html
https://yourporn.sexy/post/576c980b1d530.html
https://yourporn.sexy/post/576c984cc4032.html
https://yourporn.sexy/post/576c989403936.html
https://yourporn.sexy/post/576dbc059663f.html
https://yourporn.sexy/post/576dbc448a62c.html
https://yourporn.sexy/post/576dbc84cb36e.html
https://yourporn.sexy/post/576dbcc5fdfee.html
https://yourporn.sexy/post/576dbd2129cf1.html
https://yourporn.sexy/post/577057dbd028d.html
https://yourporn.sexy/post/577058f56579b.html
https://yourporn.sexy/post/5771952882063.html
https://yourporn.sexy/post/577195c92e7bd.html
https://yourporn.sexy/post/5771963652b97.html
https://yourporn.sexy/post/577196cd49a3a.html
https://yourporn.sexy/post/57719777ffd32.html
https://yourporn.sexy/post/57725f10b9ca7.html
https://yourporn.sexy/post/5772c1c50359c.html
https://yourporn.sexy/post/577319c32ac7c.html
https://yourporn.sexy/post/5773dcf6644ca.html
https://yourporn.sexy/post/577526030e9ee.html

TUCKER DECL. - 12

https://yourporn.sexy/post/57759e4cbe875.html
https://yourporn.sexy/post/57759ea409b25.html
https://yourporn.sexy/post/57759f00087f1.html
https://yourporn.sexy/post/57765a62ae246.html
https://yourporn.sexy/post/57766742419d4.html
https://yourporn.sexy/post/57781fc609082.html
https://yourporn.sexy/post/577a6e5c7b5fa.html
https://yourporn.sexy/post/577c158af23d7.html
https://yourporn.sexy/post/577d5314c8ee7.html
https://yourporn.sexy/post/577d569ea0ad4.html
https://yourporn.sexy/post/577dacab3a181.html
https://yourporn.sexy/post/577dacc19794f.html
https://yourporn.sexy/post/577dace722f65.html
https://yourporn.sexy/post/577dad1e302b3.html
https://yourporn.sexy/post/577dad36e62ff.html
https://yourporn.sexy/post/577e851106573.html
https://yourporn.sexy/post/577e865757cf3.html
https://yourporn.sexy/post/577e872914129.html
https://yourporn.sexy/post/577e874b14822.html
https://yourporn.sexy/post/577e88020ab3f.html
https://yourporn.sexy/post/577e888491055.html
https://yourporn.sexy/post/577fff7bdccfd.html
https://yourporn.sexy/post/5780013c5a52c.html
https://yourporn.sexy/post/57800642f39b7.html
https://yourporn.sexy/post/578007016a373.html
https://yourporn.sexy/post/578007d6eb75c.html
https://yourporn.sexy/post/57800907a5f52.html
https://yourporn.sexy/post/5780095e5df5e.html
https://yourporn.sexy/post/57812aeb5798c.html
https://yourporn.sexy/post/5783a3a63a99d.html
https://yourporn.sexy/post/57862be24e314.html
https://yourporn.sexy/post/5787735e10b91.html
https://yourporn.sexy/post/57877739a3041.html
https://yourporn.sexy/post/5788f146e2cd8.html
https://yourporn.sexy/post/5788f15f7ef71.html
https://yourporn.sexy/post/5788f19aa3536.html
https://yourporn.sexy/post/5788f206572cd.html
https://yourporn.sexy/post/578a217a2a821.html
https://yourporn.sexy/post/578af0f94f3a6.html
https://yourporn.sexy/post/578af10b2c100.html
https://yourporn.sexy/post/578af1219315e.html
https://yourporn.sexy/post/578af1358a997.html
https://yourporn.sexy/post/578cd478acd99.html
https://yourporn.sexy/post/578cd94efb9fc.html
https://yourporn.sexy/post/578e1767c4177.html
https://yourporn.sexy/post/578fad8803bc7.html
https://yourporn.sexy/post/578fb0fafbe8a.html
https://yourporn.sexy/post/5790db5f14bda.html
https://yourporn.sexy/post/5790e6d299dbf.html
https://yourporn.sexy/post/57921bba59772.html
https://yourporn.sexy/post/57921c6103a2e.html

https://yourporn.sexy/post/5798e89fd6e55.html
https://yourporn.sexy/post/579a67f253eb3.html
https://yourporn.sexy/post/579a680eae5c6.html
https://yourporn.sexy/post/579a686b4c767.html
https://yourporn.sexy/post/579a68eccbf56.html
https://yourporn.sexy/post/579a68fd40015.html
https://yourporn.sexy/post/579b9bba535d4.html
https://yourporn.sexy/post/579b9e9d86814.html
https://yourporn.sexy/post/579d05d859897.html
https://yourporn.sexy/post/579fc8c795dde.html
https://yourporn.sexy/post/579fc8f1c67b4.html
https://yourporn.sexy/post/579fc9402c4db.html
https://yourporn.sexy/post/579fc9696a5e5.html
https://yourporn.sexy/post/579fe06d70b59.html
https://yourporn.sexy/post/57a0cec37d81f.html
https://yourporn.sexy/post/57a2606e153d7.html
https://yourporn.sexy/post/57a26087874bd.html
https://yourporn.sexy/post/57a2609c8cd74.html
https://yourporn.sexy/post/57a260ba71c59.html
https://yourporn.sexy/post/57a260ff4a48f.html
https://yourporn.sexy/post/57a31a1374082.html
https://yourporn.sexy/post/57a31c2c6b0e2.html
https://yourporn.sexy/post/57a3981db2910.html
https://yourporn.sexy/post/57a4a93960237.html
https://yourporn.sexy/post/57a5a83e88c32.html
https://yourporn.sexy/post/57a878ad21515.html
https://yourporn.sexy/post/57a9d2655977a.html
https://yourporn.sexy/post/57a9d346642e7.html
https://yourporn.sexy/post/57a9d3b41a5cc.html
https://yourporn.sexy/post/57ab3940a94bd.html
https://yourporn.sexy/post/57ac6c7084e8f.html
https://yourporn.sexy/post/57ac6c97c2b13.html
https://yourporn.sexy/post/57adbc90e7b2a.html
https://yourporn.sexy/post/57adbe3e7971e.html
https://yourporn.sexy/post/57adbf9a9a028.html
https://yourporn.sexy/post/57af48b4dd179.html
https://yourporn.sexy/post/57b1af5428aec.html
https://yourporn.sexy/post/57b307aa51631.html
https://yourporn.sexy/post/57b3b423b1ca6.html
https://yourporn.sexy/post/57b3b4378bb79.html
https://yourporn.sexy/post/57b3b44eb32ec.html
https://yourporn.sexy/post/57b3b48ac33e7.html
https://yourporn.sexy/post/57b3b49c282a6.html
https://yourporn.sexy/post/57b4517c6c451.html
https://yourporn.sexy/post/57b451a018137.html
https://yourporn.sexy/post/57b451fa1432a.html
https://yourporn.sexy/post/57b452139ba25.html
https://yourporn.sexy/post/57b4524a154e0.html
https://yourporn.sexy/post/57b4569f60531.html
https://yourporn.sexy/post/57b45702c903c.html
https://yourporn.sexy/post/57b5a504c5c09.html

TUCKER DECL. - 14

https://yourporn.sexy/post/57b8714327434.html
https://yourporn.sexy/post/57b87284b8828.html
https://yourporn.sexy/post/57b896d54a9e7.html
https://yourporn.sexy/post/57bb90edd0e80.html
https://yourporn.sexy/post/57bb91076f7ba.html
https://yourporn.sexy/post/57bb9118791a9.html
https://yourporn.sexy/post/57bb912e92f14.html
https://yourporn.sexy/post/57bc279f5642d.html
https://yourporn.sexy/post/57bd6366b1343.html
https://yourporn.sexy/post/57be90df2db7b.html
https://yourporn.sexy/post/57bf52f5409fd.html
https://yourporn.sexy/post/57c1fa44c1cbe.html
https://yourporn.sexy/post/57c32beb27795.html
https://yourporn.sexy/post/57c618dc72c2c.html
https://yourporn.sexy/post/57c619144c071.html
https://yourporn.sexy/post/57c6192949407.html
https://yourporn.sexy/post/57c6193b39fed.html
https://yourporn.sexy/post/57c6194e7f8dd.html
https://yourporn.sexy/post/57c6b4163e8f1.html
https://yourporn.sexy/post/57c6b6c64fe76.html
https://yourporn.sexy/post/57c845624a971.html
https://yourporn.sexy/post/57c94912f0acc.html
https://yourporn.sexy/post/57cadf7c26e9f.html
https://yourporn.sexy/post/57ce060d7542d.html
https://yourporn.sexy/post/57ce06210cef1.html
https://yourporn.sexy/post/57ce063656f56.html
https://yourporn.sexy/post/57ce0676dbc56.html
https://yourporn.sexy/post/57ced226809e5.html
https://yourporn.sexy/post/57ced24974340.html
https://yourporn.sexy/post/57cf5e1ccb25d.html
https://yourporn.sexy/post/57cf5e35a61f7.html
https://yourporn.sexy/post/57cf5e4a0a746.html
https://yourporn.sexy/post/57cf5e67e7e41.html
https://yourporn.sexy/post/57cf5e88a2c81.html
https://yourporn.sexy/post/57d00ea711acd.html
https://yourporn.sexy/post/57d01d04b1d0f.html
https://yourporn.sexy/post/57d157706dea9.html
https://yourporn.sexy/post/57d1aa8520962.html
https://yourporn.sexy/post/57d287356cd2e.html
https://yourporn.sexy/post/57d289fee45be.html
https://yourporn.sexy/post/57d3edb0626ee.html
https://yourporn.sexy/post/57d5e00c75a95.html
https://yourporn.sexy/post/57d5e022938dd.html
https://yourporn.sexy/post/57d5e0333a232.html
https://yourporn.sexy/post/57d5e04a7336a.html
https://yourporn.sexy/post/57d5e067112ac.html
https://yourporn.sexy/post/57d7e040c268c.html
https://yourporn.sexy/post/57d935d819063.html
https://yourporn.sexy/post/57d9362e2297c.html
https://yourporn.sexy/post/57dc0de1d562e.html
https://yourporn.sexy/post/57dc51f6791e8.html

TUCKER DECL. - 15

https://yourporn.sexy/post/57dd0a87c26af.html
https://yourporn.sexy/post/57dd0f4e5f84b.html
https://yourporn.sexy/post/57ddb1b947d8c.html
https://yourporn.sexy/post/57df6e0730b50.html
https://yourporn.sexy/post/57df6e1cdace4.html
https://yourporn.sexy/post/57df6e32da38f.html
https://yourporn.sexy/post/57df6e4c0c72a.html
https://yourporn.sexy/post/57df6e628a878.html
https://yourporn.sexy/post/57e0f87fd2892.html
https://yourporn.sexy/post/57e190e2f1edc.html
https://yourporn.sexy/post/57e3e1fda5003.html
https://yourporn.sexy/post/57e4919440ddf.html
https://yourporn.sexy/post/57e491b1c6bb9.html
https://yourporn.sexy/post/57e491e794f07.html
https://yourporn.sexy/post/57e549b23afbd.html
https://yourporn.sexy/post/57e64fb3782d6.html
https://yourporn.sexy/post/57e825588288d.html
https://yourporn.sexy/post/57ec32f3a050d.html
https://yourporn.sexy/post/57ec330948d15.html
https://yourporn.sexy/post/57ec331c042d8.html
https://yourporn.sexy/post/57ecdf80909cc.html
https://yourporn.sexy/post/57ee4835365b6.html
https://yourporn.sexy/post/57ef99ffc03b4.html
https://yourporn.sexy/post/57f2416c2ea22.html
https://yourporn.sexy/post/57f3a797add68.html
https://yourporn.sexy/post/57f4da2447160.html
https://yourporn.sexy/post/57f63d0900677.html
https://yourporn.sexy/post/57f63e84d6645.html
https://yourporn.sexy/post/57f64c1317307.html
https://yourporn.sexy/post/57f77a80bd7c6.html
https://yourporn.sexy/post/57f77bdb70051.html
https://yourporn.sexy/post/57f79130d2b61.html
https://yourporn.sexy/post/57f7e240642bd.html
https://yourporn.sexy/post/57f7e31acb7b9.html
https://yourporn.sexy/post/57f7e5716001c.html
https://yourporn.sexy/post/57f7ed83d5f3b.html
https://yourporn.sexy/post/57f7f3cdd61eb.html
https://yourporn.sexy/post/57f7fdf658adf.html
https://yourporn.sexy/post/57f8001d78f9b.html
https://yourporn.sexy/post/57f8018ac1818.html
https://yourporn.sexy/post/57f801943a8b7.html
https://yourporn.sexy/post/57f801d3cd814.html
https://yourporn.sexy/post/57f8029e55b9d.html
https://yourporn.sexy/post/57f8032febd02.html
https://yourporn.sexy/post/57f8039a55f20.html
https://yourporn.sexy/post/57f8dd92b8203.html
https://yourporn.sexy/post/57f8e0e043a5e.html
https://yourporn.sexy/post/57f8e0f938347.html
https://yourporn.sexy/post/57f8e11314fef.html
https://yourporn.sexy/post/57f8e2a9e6ec1.html
https://yourporn.sexy/post/57f8e2af04416.html

https://yourporn.sexy/post/57f8e30f0a392.html
https://yourporn.sexy/post/57f8e358b79f5.html
https://yourporn.sexy/post/57f8e364cf097.html
https://yourporn.sexy/post/57f8e3d1dd7c2.html
https://yourporn.sexy/post/57f8e41166651.html
https://yourporn.sexy/post/57f8e42193d32.html
https://yourporn.sexy/post/57f8e4a0bd9ee.html
https://yourporn.sexy/post/57f8f9ef29f8d.html
https://yourporn.sexy/post/57f8fc868b7aa.html
https://yourporn.sexy/post/57f8fcf62de92.html
https://yourporn.sexy/post/57f9065574129.html
https://yourporn.sexy/post/57f9083dbf56b.html
https://yourporn.sexy/post/57f91208cb8c6.html
https://yourporn.sexy/post/57f9133e1482c.html
https://yourporn.sexy/post/57f9135fc73bb.html
https://yourporn.sexy/post/57f91387be501.html
https://yourporn.sexy/post/57f91485f1f9d.html
https://yourporn.sexy/post/57f914ef3ac07.html
https://yourporn.sexy/post/57f9183865128.html
https://yourporn.sexy/post/57f91861506c6.html
https://yourporn.sexy/post/57f918921039b.html
https://yourporn.sexy/post/57f91a3f1936c.html
https://yourporn.sexy/post/57f91c1aa27ac.html
https://yourporn.sexy/post/57f91d1d49d79.html
https://yourporn.sexy/post/57f91d5b83813.html
https://yourporn.sexy/post/57f946046aed5.html
https://yourporn.sexy/post/57f9487324da6.html
https://yourporn.sexy/post/57f9487d96ba3.html
https://yourporn.sexy/post/57f9496a97c87.html
https://yourporn.sexy/post/57f949742d739.html
https://yourporn.sexy/post/57f949818bfa9.html
https://yourporn.sexy/post/57f9498e29eef.html
https://yourporn.sexy/post/57f94aae175a8.html
https://yourporn.sexy/post/57f95aac824ad.html
https://yourporn.sexy/post/57f95b4b006ce.html
https://yourporn.sexy/post/57f95b975b753.html
https://yourporn.sexy/post/57f95badc2fdc.html
https://yourporn.sexy/post/57f95bb645288.html
https://yourporn.sexy/post/57f95c31eff81.html
https://yourporn.sexy/post/57f95ff2934bc.html
https://yourporn.sexy/post/57f963337cf8e.html
https://yourporn.sexy/post/57f9645ca471d.html
https://yourporn.sexy/post/57f965587e3d4.html
https://yourporn.sexy/post/57f96f6e7231a.html
https://yourporn.sexy/post/57f972f5207c0.html
https://yourporn.sexy/post/57f973c884b20.html
https://yourporn.sexy/post/57fa0d6c03145.html
https://yourporn.sexy/post/57fa19cdb928a.html
https://yourporn.sexy/post/57fa1a174e3a6.html
https://yourporn.sexy/post/57fa1a39b19f8.html
https://yourporn.sexy/post/57fa1dfe9ac60.html

https://yourporn.sexy/post/57fae32505efe.html
https://yourporn.sexy/post/57fb764eb3ef6.html
https://yourporn.sexy/post/57fb77a0835af.html
https://yourporn.sexy/post/57fb7be743184.html
https://yourporn.sexy/post/57fb93070f1e8.html
https://yourporn.sexy/post/57fbb3d942f58.html
https://yourporn.sexy/post/57fbb6b0def9c.html
https://yourporn.sexy/post/57fbb6b3d56e0.html
https://yourporn.sexy/post/57fbb6ddc50bf.html
https://yourporn.sexy/post/57fbb747b5489.html
https://yourporn.sexy/post/57fbb7551955b.html
https://yourporn.sexy/post/57fbb785a38d8.html
https://yourporn.sexy/post/57fbb7b36b60a.html
https://yourporn.sexy/post/57fbb7bc84e56.html
https://yourporn.sexy/post/57fbb80994e55.html
https://yourporn.sexy/post/57fbb84bab11c.html
https://yourporn.sexy/post/57fbb8e5c22ef.html
https://yourporn.sexy/post/57fbb96e23d0a.html
https://yourporn.sexy/post/57fbb9afa653e.html
https://yourporn.sexy/post/57fbbe76e4b72.html
https://yourporn.sexy/post/57fbbf63da101.html
https://yourporn.sexy/post/57fbbfe9a9340.html
https://yourporn.sexy/post/57fbc01f69b11.html
https://yourporn.sexy/post/57fbc0ed38c64.html
https://yourporn.sexy/post/57fbc306aacf5.html
https://yourporn.sexy/post/57fbc32c2ed0f.html
https://yourporn.sexy/post/57fbc3362c8d6.html
https://yourporn.sexy/post/57fbc43e79c59.html
https://yourporn.sexy/post/57fbc47ace7aa.html
https://yourporn.sexy/post/57fbc5ac68f78.html
https://yourporn.sexy/post/57fc5ff79124e.html
https://yourporn.sexy/post/57fc6005efe59.html
https://yourporn.sexy/post/57fc603162792.html
https://yourporn.sexy/post/57fc6047e0518.html
https://yourporn.sexy/post/57fc60a710885.html
https://yourporn.sexy/post/57fc6112e6120.html
https://yourporn.sexy/post/57fcc266e941c.html
https://yourporn.sexy/post/57fcced62e407.html
https://yourporn.sexy/post/57fccee5a9765.html
https://yourporn.sexy/post/57fccf404d7c9.html
https://yourporn.sexy/post/57fcd1efc7c66.html
https://yourporn.sexy/post/57fcd2fb0e7c0.html
https://yourporn.sexy/post/57fcd3041f2eb.html
https://yourporn.sexy/post/57fcd30c71877.html
https://yourporn.sexy/post/57fcd316dc8a6.html
https://yourporn.sexy/post/57fcd3289a6ce.html
https://yourporn.sexy/post/57fcd3308a03c.html
https://yourporn.sexy/post/57fcd36835aa4.html
https://yourporn.sexy/post/57fcd3dbd20a1.html
https://yourporn.sexy/post/57fcd9983c2d0.html
https://yourporn.sexy/post/57fcd9be4ecfb.html

https://yourporn.sexy/post/57fcd9ce6318f.html
https://yourporn.sexy/post/57fcda11581e7.html
https://yourporn.sexy/post/57fcda72b3c40.html
https://yourporn.sexy/post/57fcda86a94f1.html
https://yourporn.sexy/post/57fcdab83e342.html
https://yourporn.sexy/post/57fcdabf220ab.html
https://yourporn.sexy/post/57fcdac66c827.html
https://yourporn.sexy/post/57fcdad585d44.html
https://yourporn.sexy/post/57fcdc2bc1b64.html
https://yourporn.sexy/post/57fcdce886e65.html
https://yourporn.sexy/post/57fcddc06de86.html
https://yourporn.sexy/post/57fcddc860dea.html
https://yourporn.sexy/post/57fcddd0e9844.html
https://yourporn.sexy/post/57fcddd6bb1ea.html
https://yourporn.sexy/post/57fcded2a66f7.html
https://yourporn.sexy/post/57fcdeedc16a2.html
https://yourporn.sexy/post/57fcdf40a7107.html
https://yourporn.sexy/post/57fce18432a9b.html
https://yourporn.sexy/post/57fce2ecdc169.html
https://yourporn.sexy/post/57fce32c484f8.html
https://yourporn.sexy/post/57fce4d64a962.html
https://yourporn.sexy/post/57fce4db944a7.html
https://yourporn.sexy/post/57fce4f267209.html
https://yourporn.sexy/post/57fce52100d47.html
https://yourporn.sexy/post/57fce595d7d37.html
https://yourporn.sexy/post/57fce667242d0.html
https://yourporn.sexy/post/57fce66e6c9a5.html
https://yourporn.sexy/post/57fce678443ce.html
https://yourporn.sexy/post/57fce6c6ed770.html
https://yourporn.sexy/post/57fce6d4eb1e1.html
https://yourporn.sexy/post/57fce74ae1b1a.html
https://yourporn.sexy/post/57fce841529e7.html
https://yourporn.sexy/post/57fced6c8547a.html
https://yourporn.sexy/post/57fced76b53fe.html
https://yourporn.sexy/post/57fcefde06fb0.html
https://yourporn.sexy/post/57fcf06a6903e.html
https://yourporn.sexy/post/57fcf1135369e.html
https://yourporn.sexy/post/57fcf140d1598.html
https://yourporn.sexy/post/57fcf3079f406.html
https://yourporn.sexy/post/57fcf478d6636.html
https://yourporn.sexy/post/57fcf66ce3f40.html
https://yourporn.sexy/post/57fcf6cddd897.html
https://yourporn.sexy/post/57fcf7bf633b0.html
https://yourporn.sexy/post/57fcf8c189ebf.html
https://yourporn.sexy/post/57fcff3a94bcc.html
https://yourporn.sexy/post/57fcff914199b.html
https://yourporn.sexy/post/57fcffce85203.html
https://yourporn.sexy/post/57fd004e109cf.html
https://yourporn.sexy/post/57fd008aadadc.html
https://yourporn.sexy/post/57fd02be0826f.html
https://yourporn.sexy/post/57fd06920fc36.html

https://yourporn.sexy/post/57fd150bc0ab0.html
https://yourporn.sexy/post/57fd15c8c0be0.html
https://yourporn.sexy/post/57fd15cf32dfa.html
https://yourporn.sexy/post/57fd15d4e3945.html
https://yourporn.sexy/post/57fd15da3840e.html
https://yourporn.sexy/post/57fd15f0d71de.html
https://yourporn.sexy/post/57fd164f0367f.html
https://yourporn.sexy/post/57fd16540df96.html
https://yourporn.sexy/post/57fd1697ce9aa.html
https://yourporn.sexy/post/57fd171c0152c.html
https://yourporn.sexy/post/57fd17f9cf734.html
https://yourporn.sexy/post/57fd18d4e2770.html
https://yourporn.sexy/post/57fd19046a86a.html
https://yourporn.sexy/post/57fd192aeadc8.html
https://yourporn.sexy/post/57fd193436be2.html
https://yourporn.sexy/post/57fd1942bd784.html
https://yourporn.sexy/post/57fd194eaf28a.html
https://yourporn.sexy/post/57fd195ed68c2.html
https://yourporn.sexy/post/57fd1e52bd19e.html
https://yourporn.sexy/post/57fd1e643335e.html
https://yourporn.sexy/post/57fd1e7e83967.html
https://yourporn.sexy/post/57fd1f71cf63f.html
https://yourporn.sexy/post/57fd1f816fddd.html
https://yourporn.sexy/post/57fd20e99effc.html
https://yourporn.sexy/post/57fd21eebe0ce.html
https://yourporn.sexy/post/57fd22161115a.html
https://yourporn.sexy/post/57fd221be8f00.html
https://yourporn.sexy/post/57fd2222e1947.html
https://yourporn.sexy/post/57fd2278d4b11.html
https://yourporn.sexy/post/57fd236538965.html
https://yourporn.sexy/post/57fd263f193dc.html
https://yourporn.sexy/post/57fd26458be63.html
https://yourporn.sexy/post/57fd2696bdd1b.html
https://yourporn.sexy/post/57fd269c0a207.html
https://yourporn.sexy/post/57fd2769de0ab.html
https://yourporn.sexy/post/57fd2794e4835.html
https://yourporn.sexy/post/57fd288c8afd1.html
https://yourporn.sexy/post/57fd2a347fb9d.html
https://yourporn.sexy/post/57fd2a4f46a74.html
https://yourporn.sexy/post/57fd2c331b308.html
https://yourporn.sexy/post/57fd2c442fb4c.html
https://yourporn.sexy/post/57fd2dfd5ea7e.html
https://yourporn.sexy/post/57fd2e09c7851.html
https://yourporn.sexy/post/57fd2e674462a.html
https://yourporn.sexy/post/57fd2e6c776f7.html
https://yourporn.sexy/post/57fd2e7187db2.html
https://yourporn.sexy/post/57fd2eb41dc56.html
https://yourporn.sexy/post/57fd2efaf268d.html
https://yourporn.sexy/post/57fd2f00dc841.html
https://yourporn.sexy/post/57fd2f250ded9.html
https://yourporn.sexy/post/57fd30904fbb0.html

https://yourporn.sexy/post/57fd326fcb360.html
https://yourporn.sexy/post/57fd32794ba77.html
https://yourporn.sexy/post/57fd328808458.html
https://yourporn.sexy/post/57fd32936374c.html
https://yourporn.sexy/post/57fd32d6784f3.html
https://yourporn.sexy/post/57fd32dcb6ebb.html
https://yourporn.sexy/post/57fd33cda0e74.html
https://yourporn.sexy/post/57fd33da95c7d.html
https://yourporn.sexy/post/57fd33e0c64b9.html
https://yourporn.sexy/post/57fd347ea3a5a.html
https://yourporn.sexy/post/57fd3489d311f.html
https://yourporn.sexy/post/57fd3527ccf01.html
https://yourporn.sexy/post/57fd37aa324e2.html
https://yourporn.sexy/post/57fd3a2c16599.html
https://yourporn.sexy/post/57fd3b31ac6be.html
https://yourporn.sexy/post/57fd3d441c2f7.html
https://yourporn.sexy/post/57fd3d9f4cf90.html
https://yourporn.sexy/post/57fd3de5c0556.html
https://yourporn.sexy/post/57fd41531fd4a.html
https://yourporn.sexy/post/57fd4175e085d.html
https://yourporn.sexy/post/57fd419735b9e.html
https://yourporn.sexy/post/57fd41b496c25.html
https://yourporn.sexy/post/57fd41c7855b8.html
https://yourporn.sexy/post/57fd4474879fc.html
https://yourporn.sexy/post/57fd44480732b4.html
https://yourporn.sexy/post/57fd45eeb56c7.html
https://yourporn.sexy/post/57fd46f6ca238.html
https://yourporn.sexy/post/57fd46ffd9295.html
https://yourporn.sexy/post/57fd475193d9f.html
https://yourporn.sexy/post/57fd48157aace.html
https://yourporn.sexy/post/57fd48a38dbe8.html
https://yourporn.sexy/post/57fd48adf0f71.html
https://yourporn.sexy/post/57fd4aa621d6d.html
https://yourporn.sexy/post/57fd4d5f101bc.html
https://yourporn.sexy/post/57fd4d75beba0.html
https://yourporn.sexy/post/57fd4d7c1e029.html
https://yourporn.sexy/post/57fd4d89843c8.html
https://yourporn.sexy/post/57fd4e8019872.html
https://yourporn.sexy/post/57fd5044ed952.html
https://yourporn.sexy/post/57fd504a9dd3f.html
https://yourporn.sexy/post/57fd50bf5d925.html
https://yourporn.sexy/post/57fd510791ee5.html
https://yourporn.sexy/post/57fd5235562d3.html
https://yourporn.sexy/post/57fd523d0ddae.html
https://yourporn.sexy/post/57fd5251350e0.html
https://yourporn.sexy/post/57fd534fbe0ef.html
https://yourporn.sexy/post/57fd535762b2c.html
https://yourporn.sexy/post/57fd535e43413.html
https://yourporn.sexy/post/57fd548b983ac.html
https://yourporn.sexy/post/57fd55bccff56.html
https://yourporn.sexy/post/57fd55c5d287a.html

TUCKER DECL. - 21

https://yourporn.sexy/post/57fd5699642bf.html
https://yourporn.sexy/post/57fd574fe4e6f.html
https://yourporn.sexy/post/57fd57a505fc9.html
https://yourporn.sexy/post/57fd588ceeb1c.html
https://yourporn.sexy/post/57fd5b16a8ca8.html
https://yourporn.sexy/post/57fd5bd64c079.html
https://yourporn.sexy/post/57fd5c6a1ca8a.html
https://yourporn.sexy/post/57fd5d5ddb8c4.html
https://yourporn.sexy/post/57fd5dc081fd0.html
https://yourporn.sexy/post/57fd5f2960e9d.html
https://yourporn.sexy/post/57fd608b26923.html
https://yourporn.sexy/post/57fd610b646b8.html
https://yourporn.sexy/post/57fd6119aee64.html
https://yourporn.sexy/post/57fd62447ef1f.html
https://yourporn.sexy/post/57fd625a015c6.html
https://yourporn.sexy/post/57fd6281bcdaa.html
https://yourporn.sexy/post/57fd628c45590.html
https://yourporn.sexy/post/57fd71738ed2e.html
https://yourporn.sexy/post/57fd73fd1cbfb.html
https://yourporn.sexy/post/57fd746c5f8c3.html
https://yourporn.sexy/post/57fd760b54b13.html
https://yourporn.sexy/post/57fd762e36aff.html
https://yourporn.sexy/post/57fd76553ea7d.html
https://yourporn.sexy/post/57fd768b5ed0e.html
https://yourporn.sexy/post/57fd769228d87.html
https://yourporn.sexy/post/57fd76a75d8ac.html
https://yourporn.sexy/post/57fd76ac64b49.html
https://yourporn.sexy/post/57fd784ab04e9.html
https://yourporn.sexy/post/57fd784fe29df.html
https://yourporn.sexy/post/57fd7928eccad.html
https://yourporn.sexy/post/57fd79a98803c.html
https://yourporn.sexy/post/57fd7ef5785a9.html
https://yourporn.sexy/post/57fd7f0496c67.html
https://yourporn.sexy/post/57fd7f3f331e7.html
https://yourporn.sexy/post/57fd7ffb82c6b.html
https://yourporn.sexy/post/57fd80008520a.html
https://yourporn.sexy/post/57fd8005f3e5a.html
https://yourporn.sexy/post/57fd801233a89.html
https://yourporn.sexy/post/57fd82d340159.html
https://yourporn.sexy/post/57fd8a23f1781.html
https://yourporn.sexy/post/57fd8b27c2292.html
https://yourporn.sexy/post/57fd8bedeb051.html
https://yourporn.sexy/post/57fd8c8d973b3.html
https://yourporn.sexy/post/57fd8ca79598d.html
https://yourporn.sexy/post/57fd8d4d0b429.html
https://yourporn.sexy/post/57fd8f938007d.html
https://yourporn.sexy/post/57fd918195eb6.html
https://yourporn.sexy/post/57fd927e36a8b.html
https://yourporn.sexy/post/57fd92854d32a.html
https://yourporn.sexy/post/57fd9295dd575.html
https://yourporn.sexy/post/57fd92a2ea384.html

https://yourporn.sexy/post/57fd92ac61818.html
https://yourporn.sexy/post/57fd92b54f812.html
https://yourporn.sexy/post/57fd936d8eabc.html
https://yourporn.sexy/post/57fd94ec77416.html
https://yourporn.sexy/post/57fd959bb03de.html
https://yourporn.sexy/post/57fd969ea5742.html
https://yourporn.sexy/post/57fd96a44fa91.html
https://yourporn.sexy/post/57fd96a952885.html
https://yourporn.sexy/post/57fd98e044966.html
https://yourporn.sexy/post/57fd9ad22f2df.html
https://yourporn.sexy/post/57fda7aec66e8.html
https://yourporn.sexy/post/57fdb28c4cb1d.html
https://yourporn.sexy/post/57fdb29e9789f.html
https://yourporn.sexy/post/57fdbe97c62b5.html
https://yourporn.sexy/post/57fddc5492b72.html
https://yourporn.sexy/post/57fddc6950847.html
https://yourporn.sexy/post/57fddd18eadbc.html
https://yourporn.sexy/post/57fde5f0e8f7f.html
https://yourporn.sexy/post/57fe36d666d7c.html
https://yourporn.sexy/post/57fe52552a2d2.html
https://yourporn.sexy/post/57fe52734e7b1.html
https://yourporn.sexy/post/57fe52cdd9b81.html
https://yourporn.sexy/post/57fe54c36283d.html
https://yourporn.sexy/post/57fe54cd67e42.html
https://yourporn.sexy/post/57fe5640f2473.html
https://yourporn.sexy/post/57fe5655109f5.html
https://yourporn.sexy/post/57fe565f1ec1d.html
https://yourporn.sexy/post/57fe570066e2b.html
https://yourporn.sexy/post/57fe588eb423c.html
https://yourporn.sexy/post/57fe58fe9f934.html
https://yourporn.sexy/post/57fe5bcc74425.html
https://yourporn.sexy/post/57fe5d9005221.html
https://yourporn.sexy/post/57fe5eda092f3.html
https://yourporn.sexy/post/57fe5f895e6a9.html
https://yourporn.sexy/post/57fe5fe57e0fe.html
https://yourporn.sexy/post/57fe5fefccc39.html
https://yourporn.sexy/post/57fe5ffa1158d.html
https://yourporn.sexy/post/57fe60046c647.html
https://yourporn.sexy/post/57fe6080427b9.html
https://yourporn.sexy/post/57fe60dceb8b1.html
https://yourporn.sexy/post/57fe61f6cd5fa.html
https://yourporn.sexy/post/57fe6270ad9d7.html
https://yourporn.sexy/post/57fe627b013eb.html
https://yourporn.sexy/post/57fe62855e7df.html
https://yourporn.sexy/post/57fe628fb3df3.html
https://yourporn.sexy/post/57fe63a81d2c6.html
https://yourporn.sexy/post/57fe63b2796d0.html
https://yourporn.sexy/post/57fe66097c7eb.html
https://yourporn.sexy/post/57fe66bf54c7c.html
https://yourporn.sexy/post/57fe6814e1b0b.html
https://yourporn.sexy/post/57fe6d7288d6c.html

https://yourporn.sexy/post/57fe6dd0bac3c.html
https://yourporn.sexy/post/57fe6ddb26fbd.html
https://yourporn.sexy/post/57fe6eab293c2.html
https://yourporn.sexy/post/57fe6fa3ba0a6.html
https://yourporn.sexy/post/57fe700185fc8.html
https://yourporn.sexy/post/57fe70c82270b.html
https://yourporn.sexy/post/57fe7240b7da5.html
https://yourporn.sexy/post/57fe724b17a15.html
https://yourporn.sexy/post/57fe72b4e0d3a.html
https://yourporn.sexy/post/57fe735231640.html
https://yourporn.sexy/post/57fe74b01d16c.html
https://yourporn.sexy/post/57fe74c569c63.html
https://yourporn.sexy/post/57fe76b7a06c1.html
https://yourporn.sexy/post/57fe9ee29ffab.html
https://yourporn.sexy/post/57fea044dc2ee.html
https://yourporn.sexy/post/57fea09186efc.html
https://yourporn.sexy/post/57fea0fecd8e8.html
https://yourporn.sexy/post/57fea1d7765be.html
https://yourporn.sexy/post/57fea1ff4062f.html
https://yourporn.sexy/post/57fea21ddd1bd.html
https://yourporn.sexy/post/57fea2444d23d.html
https://yourporn.sexy/post/57fea2f9db108.html
https://yourporn.sexy/post/57fea308de441.html
https://yourporn.sexy/post/57fea3324a558.html
https://yourporn.sexy/post/57fea33dcee2e.html
https://yourporn.sexy/post/57fea34a2a341.html
https://yourporn.sexy/post/57fea35884926.html
https://yourporn.sexy/post/57fea373dca33.html
https://yourporn.sexy/post/57fea37f154b1.html
https://yourporn.sexy/post/57fea421af27f.html
https://yourporn.sexy/post/57fea445d5d75.html
https://yourporn.sexy/post/57fea45271fd9.html
https://yourporn.sexy/post/57fea462e5f63.html
https://yourporn.sexy/post/57fea47e3ccd6.html
https://yourporn.sexy/post/57fea57cc44ac.html
https://yourporn.sexy/post/57fea5c75f4e5.html
https://yourporn.sexy/post/57fea5d75b9f9.html
https://yourporn.sexy/post/57fea6886476f.html
https://yourporn.sexy/post/57fea7796b0e5.html
https://yourporn.sexy/post/57fea79265c65.html
https://yourporn.sexy/post/57fea7ac7feef.html
https://yourporn.sexy/post/57fea83913c9e.html
https://yourporn.sexy/post/57fea90d7b953.html
https://yourporn.sexy/post/57fea9c22eecb.html
https://yourporn.sexy/post/57feab39c7031.html
https://yourporn.sexy/post/57feab59ca6e4.html
https://yourporn.sexy/post/57feabaa038f8.html
https://yourporn.sexy/post/57feabf1d9a61.html
https://yourporn.sexy/post/57feac9918b7d.html
https://yourporn.sexy/post/57feacb68db43.html
https://yourporn.sexy/post/57feacc25c17d.html

TUCKER DECL. - 24

https://yourporn.sexy/post/57feacf87b208.html
https://yourporn.sexy/post/57fead0d78ccb.html
https://yourporn.sexy/post/57fead1bb26ef.html
https://yourporn.sexy/post/57feadefe0630.html
https://yourporn.sexy/post/57feae0c173bb.html
https://yourporn.sexy/post/57feae2c2c9d1.html
https://yourporn.sexy/post/57feaecc51797.html
https://yourporn.sexy/post/57feaef77c1e2.html
https://yourporn.sexy/post/57feaf3f05d4c.html
https://yourporn.sexy/post/57feaf9f422f2.html
https://yourporn.sexy/post/57feb07c11af6.html
https://yourporn.sexy/post/57feb12f5d1c7.html
https://yourporn.sexy/post/57feb1a71a52b.html
https://yourporn.sexy/post/57feb22d4f234.html
https://yourporn.sexy/post/57feb2398955f.html
https://yourporn.sexy/post/57feb24ada5cb.html
https://yourporn.sexy/post/57feb25bdf991.html
https://yourporn.sexy/post/57feb319b1789.html
https://yourporn.sexy/post/57feb43a94393.html
https://yourporn.sexy/post/57feb4502c5d9.html
https://yourporn.sexy/post/57feb4b10441b.html
https://yourporn.sexy/post/57feb4c0d91e8.html
https://yourporn.sexy/post/57feb4fe7e239.html
https://yourporn.sexy/post/57feb53c57f72.html
https://yourporn.sexy/post/57feb54c1a596.html
https://yourporn.sexy/post/57feb5680dac8.html
https://yourporn.sexy/post/57feb629a7093.html
https://yourporn.sexy/post/57feb6684a55c.html
https://yourporn.sexy/post/57feb78053a58.html
https://yourporn.sexy/post/57feb7d317ef6.html
https://yourporn.sexy/post/57feb849ef5ce.html
https://yourporn.sexy/post/57feb95488584.html
https://yourporn.sexy/post/57feb9645afb3.html
https://yourporn.sexy/post/57feb97705c44.html
https://yourporn.sexy/post/57feb9fd2890f.html
https://yourporn.sexy/post/57feba08eff5c.html
https://yourporn.sexy/post/57feba5c21620.html
https://yourporn.sexy/post/57feba664ff70.html
https://yourporn.sexy/post/57febac3f3e45.html
https://yourporn.sexy/post/57febb968c527.html
https://yourporn.sexy/post/57febbc001dd4.html
https://yourporn.sexy/post/57febc0bce2f9.html
https://yourporn.sexy/post/57febd567b90d.html
https://yourporn.sexy/post/57febd60d7ad0.html
https://yourporn.sexy/post/57febd7b56ea2.html
https://yourporn.sexy/post/57febe849e35a.html
https://yourporn.sexy/post/57febf7ad615e.html
https://yourporn.sexy/post/57febfb59395c.html
https://yourporn.sexy/post/57febfcee7bc8.html
https://yourporn.sexy/post/57febffb2a708.html
https://yourporn.sexy/post/57fec052770be.html

https://yourporn.sexy/post/57fec05c9791e.html
https://yourporn.sexy/post/57fec111ac892.html
https://yourporn.sexy/post/57fec152e41c5.html
https://yourporn.sexy/post/57fec15ec79a0.html
https://yourporn.sexy/post/57fec1766d677.html
https://yourporn.sexy/post/57fec339a2ea4.html
https://yourporn.sexy/post/57fec3480fcbe.html
https://yourporn.sexy/post/57fec468eaafe.html
https://yourporn.sexy/post/57fec477764f5.html
https://yourporn.sexy/post/57fec4818d533.html
https://yourporn.sexy/post/57fec5742d7a0.html
https://yourporn.sexy/post/57fec6223712f.html
https://yourporn.sexy/post/57fec63896e27.html
https://yourporn.sexy/post/57fec684ee2c4.html
https://yourporn.sexy/post/57fec6adce8f0.html
https://yourporn.sexy/post/57fec6b800e83.html
https://yourporn.sexy/post/57fec6c244318.html
https://yourporn.sexy/post/57fec740a30ec.html
https://yourporn.sexy/post/57fec74b53082.html
https://yourporn.sexy/post/57fec76e104ef.html
https://yourporn.sexy/post/57fec7b65d572.html
https://yourporn.sexy/post/57fec7dca0de8.html
https://yourporn.sexy/post/57fec83da3fcf.html
https://yourporn.sexy/post/57fec84e89b0d.html
https://yourporn.sexy/post/57fec8b04a28d.html
https://yourporn.sexy/post/57fec90a6ab4f.html
https://yourporn.sexy/post/57fec92f3178e.html
https://yourporn.sexy/post/57fec9d780bdd.html
https://yourporn.sexy/post/57fec9e7b83a1.html
https://yourporn.sexy/post/57fec9fae7ff4.html
https://yourporn.sexy/post/57feca06b4c17.html
https://yourporn.sexy/post/57feca53972f6.html
https://yourporn.sexy/post/57feca6d22601.html
https://yourporn.sexy/post/57fecb1109c88.html
https://yourporn.sexy/post/57fecb1b0bfe6.html
https://yourporn.sexy/post/57fecb781fb28.html
https://yourporn.sexy/post/57fecb8223865.html
https://yourporn.sexy/post/57fecb96ecff9.html
https://yourporn.sexy/post/57fecc7078c92.html
https://yourporn.sexy/post/57feccf9bc3eb.html
https://yourporn.sexy/post/57fecd6ad6275.html
https://yourporn.sexy/post/57fecd77b9dd7.html
https://yourporn.sexy/post/57fecdcb62e3a.html
https://yourporn.sexy/post/57fece25b3623.html
https://yourporn.sexy/post/57fece3f56ead.html
https://yourporn.sexy/post/57fece884d2cb.html
https://yourporn.sexy/post/57feceb239b29.html
https://yourporn.sexy/post/57fecec17e506.html
https://yourporn.sexy/post/57feceeccc746.html
https://yourporn.sexy/post/57fecfdd681af.html
https://yourporn.sexy/post/57fecfeda24d6.html

TUCKER DECL. - 26

https://yourporn.sexy/post/57fed05e24b38.html
https://yourporn.sexy/post/57fed10c7543e.html
https://yourporn.sexy/post/57fed1253073e.html
https://yourporn.sexy/post/57fed16a7d007.html
https://yourporn.sexy/post/57fed1802d615.html
https://yourporn.sexy/post/57fed20c3d33b.html
https://yourporn.sexy/post/57fed31299a28.html
https://yourporn.sexy/post/57fed31f6b13a.html
https://yourporn.sexy/post/57fed41818ce8.html
https://yourporn.sexy/post/57fed4a5f1d89.html
https://yourporn.sexy/post/57fed4b005ec2.html
https://yourporn.sexy/post/57fed4ba4f888.html
https://yourporn.sexy/post/57fed518b966a.html
https://yourporn.sexy/post/57fed522e0901.html
https://yourporn.sexy/post/57fed567a099b.html
https://yourporn.sexy/post/57fed5fd47849.html
https://yourporn.sexy/post/57fed68c9b2ae.html
https://yourporn.sexy/post/57fed7be390a4.html
https://yourporn.sexy/post/57fed7d644f86.html
https://yourporn.sexy/post/57fed8387e3b6.html
https://yourporn.sexy/post/57feda09d231b.html
https://yourporn.sexy/post/57feda6071d07.html
https://yourporn.sexy/post/57feda96330cb.html
https://yourporn.sexy/post/57fedafd40c82.html
https://yourporn.sexy/post/57fedb1530b29.html
https://yourporn.sexy/post/57fedbfdbe5ac.html
https://yourporn.sexy/post/57ff5804e09f7.html
https://yourporn.sexy/post/57ff62475c1cc.html
https://yourporn.sexy/post/57ff628c300e5.html
https://yourporn.sexy/post/57ff62d62e3a6.html
https://yourporn.sexy/post/57ff63182d157.html
https://yourporn.sexy/post/57ff635a7e7a1.html
https://yourporn.sexy/post/57ff65368b70c.html
https://yourporn.sexy/post/57ff68a7dc897.html
https://yourporn.sexy/post/57ff6911da31f.html
https://yourporn.sexy/post/57ff6b28e539e.html
https://yourporn.sexy/post/57ff6bdd2a01c.html
https://yourporn.sexy/post/57ff6c4370fe9.html
https://yourporn.sexy/post/57ff6c96d85d4.html
https://yourporn.sexy/post/57ff715de6e60.html
https://yourporn.sexy/post/57ff7167eabbd.html
https://yourporn.sexy/post/57ff73bb34bff.html
https://yourporn.sexy/post/57ff757281e8f.html
https://yourporn.sexy/post/57ff75cde9dce.html
https://yourporn.sexy/post/57ff76239ba33.html
https://yourporn.sexy/post/57ff76bc8f7ce.html
https://yourporn.sexy/post/57ff77f965e36.html
https://yourporn.sexy/post/57ff780624793.html
https://yourporn.sexy/post/57ff78d5118ab.html
https://yourporn.sexy/post/57ff7a420037d.html
https://yourporn.sexy/post/57ff7c294572a.html

https://yourporn.sexy/post/57ff7d099946a.html
https://yourporn.sexy/post/57ff7d7cc1eb3.html
https://yourporn.sexy/post/57ff7f94efe23.html
https://yourporn.sexy/post/57ff7fc5c29f3.html
https://yourporn.sexy/post/57ff8158a946e.html
https://yourporn.sexy/post/57ff82c865345.html
https://yourporn.sexy/post/57ff844701fc1.html
https://yourporn.sexy/post/57ff864fb0113.html
https://yourporn.sexy/post/57ff868e0a50f.html
https://yourporn.sexy/post/57ff890007f9d.html
https://yourporn.sexy/post/57ff89fab351a.html
https://yourporn.sexy/post/57ff8a441e620.html
https://yourporn.sexy/post/57ff8b8e292c3.html
https://yourporn.sexy/post/57ff8f4dc7d47.html
https://yourporn.sexy/post/57ff8f5ed2dcf.html
https://yourporn.sexy/post/57ff8fd351049.html
https://yourporn.sexy/post/57ff8fe07d297.html
https://yourporn.sexy/post/57ff9005418b9.html
https://yourporn.sexy/post/57ff90b88de98.html
https://yourporn.sexy/post/57ff90c4f19b0.html
https://yourporn.sexy/post/57ff90eac3421.html
https://yourporn.sexy/post/57ff912e63a69.html
https://yourporn.sexy/post/57ff914665006.html
https://yourporn.sexy/post/57ff915072dc9.html
https://yourporn.sexy/post/57ff916087ba3.html
https://yourporn.sexy/post/57ff917fbfa36.html
https://yourporn.sexy/post/57ff93776aabc.html
https://yourporn.sexy/post/57ff94c3db350.html
https://yourporn.sexy/post/57ff9738ecb2b.html
https://yourporn.sexy/post/57ff9765379f9.html
https://yourporn.sexy/post/57ff97737c900.html
https://yourporn.sexy/post/57ff98214b04b.html
https://yourporn.sexy/post/57ff98311eb54.html
https://yourporn.sexy/post/57ff9960630d1.html
https://yourporn.sexy/post/57ff9acb819bb.html
https://yourporn.sexy/post/57ff9afdbe8ba.html
https://yourporn.sexy/post/57ff9b0b4fa2b.html
https://yourporn.sexy/post/57ff9d19bb293.html
https://yourporn.sexy/post/57ff9dea882e3.html
https://yourporn.sexy/post/57ff9e99bdf1f.html
https://yourporn.sexy/post/57ff9ea80d1f1.html
https://yourporn.sexy/post/57ff9eb2548dd.html
https://yourporn.sexy/post/57ff9ebe46469.html
https://yourporn.sexy/post/57ff9efef2712.html
https://yourporn.sexy/post/57ffa06eb6c77.html
https://yourporn.sexy/post/57ffa2038174d.html
https://yourporn.sexy/post/57ffa3b38f752.html
https://yourporn.sexy/post/57ffa41f43aec.html
https://yourporn.sexy/post/57ffa45b0270f.html
https://yourporn.sexy/post/57ffa55e493cc.html
https://yourporn.sexy/post/57ffa880559c8.html

https://yourporn.sexy/post/57ffa8e92143e.html
https://yourporn.sexy/post/57ffac7ae2bbd.html
https://yourporn.sexy/post/57ffad20495b5.html
https://yourporn.sexy/post/57ffad837bce2.html
https://yourporn.sexy/post/57ffaee6aa8e0.html
https://yourporn.sexy/post/57ffb039c2bc5.html
https://yourporn.sexy/post/57ffb04c73a5c.html
https://yourporn.sexy/post/57ffb0678c11b.html
https://yourporn.sexy/post/57ffb071b69e4.html
https://yourporn.sexy/post/57ffb1d941d6b.html
https://yourporn.sexy/post/57ffb1e4bdf58.html
https://yourporn.sexy/post/57ffb1f07a83e.html
https://yourporn.sexy/post/57ffb219711c3.html
https://yourporn.sexy/post/57ffb3555081d.html
https://yourporn.sexy/post/57ffb4d193d3e.html
https://yourporn.sexy/post/57ffb52c9b43c.html
https://yourporn.sexy/post/57ffb9673ac68.html
https://yourporn.sexy/post/57ffb99f3321f.html
https://yourporn.sexy/post/57ffb9b38197a.html
https://yourporn.sexy/post/57ffbf234de70.html
https://yourporn.sexy/post/57ffc931f16c3.html
https://yourporn.sexy/post/57ffc93e2b39c.html
https://yourporn.sexy/post/57ffc94d9cf64.html
https://yourporn.sexy/post/57ffc969efa3b.html
https://yourporn.sexy/post/57ffc97bab72f.html
https://yourporn.sexy/post/57ffcaa17f339.html
https://yourporn.sexy/post/57ffcd92e900d.html
https://yourporn.sexy/post/57ffcddfa19ec.html
https://yourporn.sexy/post/57ffcf38a9e55.html
https://yourporn.sexy/post/57ffe0dc37ef8.html
https://yourporn.sexy/post/57ffe1ab5549e.html
https://yourporn.sexy/post/57ffe2229f33c.html
https://yourporn.sexy/post/57ffe27ea7b0e.html
https://yourporn.sexy/post/57ffe36f33c5d.html
https://yourporn.sexy/post/57ffe42556c9d.html
https://yourporn.sexy/post/57ffe43e8bc82.html
https://yourporn.sexy/post/57ffe50c593c8.html
https://yourporn.sexy/post/57ffe5165c4e2.html
https://yourporn.sexy/post/57ffe553e4c7a.html
https://yourporn.sexy/post/57ffe6d55c899.html
https://yourporn.sexy/post/57ffe7346677f.html
https://yourporn.sexy/post/57ffe744acb0e.html
https://yourporn.sexy/post/57ffe863b71fe.html
https://yourporn.sexy/post/57fffdc7eb1c4.html
https://yourporn.sexy/post/580004ad74aff.html
https://yourporn.sexy/post/580005a948ade.html
https://yourporn.sexy/post/5800065d2497b.html
https://yourporn.sexy/post/58000668b6348.html
https://yourporn.sexy/post/580006b6a51b4.html
https://yourporn.sexy/post/580006c521990.html
https://yourporn.sexy/post/580007a6461be.html

https://yourporn.sexy/post/5800088713d98.html
https://yourporn.sexy/post/58000ae438fd6.html
https://yourporn.sexy/post/58001160ab2ce.html
https://yourporn.sexy/post/58001451408e2.html
https://yourporn.sexy/post/58001509f3c3f.html
https://yourporn.sexy/post/5800151fc2abd.html
https://yourporn.sexy/post/580015f82dd74.html
https://yourporn.sexy/post/580018094e12e.html
https://yourporn.sexy/post/580018aa8f5cd.html
https://yourporn.sexy/post/580018b49326f.html
https://yourporn.sexy/post/58001a6da2bc6.html
https://yourporn.sexy/post/58001b7ae475f.html
https://yourporn.sexy/post/58001b85c5dc3.html
https://yourporn.sexy/post/58001df2e3b19.html
https://yourporn.sexy/post/58001ed615c88.html
https://yourporn.sexy/post/58001ee1445cc.html
https://yourporn.sexy/post/580027033e647.html
https://yourporn.sexy/post/5800291012054.html
https://yourporn.sexy/post/5800293e0cdba.html
https://yourporn.sexy/post/58002acc91128.html
https://yourporn.sexy/post/58002ae12e8aa.html
https://yourporn.sexy/post/58002b7cf082c.html
https://yourporn.sexy/post/58002bc19825a.html
https://yourporn.sexy/post/58002d3381c38.html
https://yourporn.sexy/post/58002e2277048.html
https://yourporn.sexy/post/580031e153509.html
https://yourporn.sexy/post/580032047b432.html
https://yourporn.sexy/post/58003449720c4.html
https://yourporn.sexy/post/58003499a14b7.html
https://yourporn.sexy/post/5800371bdfe06.html
https://yourporn.sexy/post/580037721d173.html
https://yourporn.sexy/post/5800377d12e61.html
https://yourporn.sexy/post/58003787f38c6.html
https://yourporn.sexy/post/580037b7adf88.html
https://yourporn.sexy/post/580037c2525e3.html
https://yourporn.sexy/post/58003823a68d1.html
https://yourporn.sexy/post/5800398fbd23e.html
https://yourporn.sexy/post/58003999bff2a.html
https://yourporn.sexy/post/58003d0be7854.html
https://yourporn.sexy/post/58003d15efd39.html
https://yourporn.sexy/post/58003d200da42.html
https://yourporn.sexy/post/58003d342c801.html
https://yourporn.sexy/post/58003d5358cc3.html
https://yourporn.sexy/post/58003f7611a82.html
https://yourporn.sexy/post/580041a8d447e.html
https://yourporn.sexy/post/580041b2d8fc5.html
https://yourporn.sexy/post/580041bd27893.html
https://yourporn.sexy/post/580042204d82a.html
https://yourporn.sexy/post/5800425d574c3.html
https://yourporn.sexy/post/58004391229a2.html
https://yourporn.sexy/post/58004629d5824.html

https://yourporn.sexy/post/58004634259e2.html
https://yourporn.sexy/post/5800471d6464b.html
https://yourporn.sexy/post/58004acd5a01f.html
https://yourporn.sexy/post/58004aecb6164.html
https://yourporn.sexy/post/58004af6bec3a.html
https://yourporn.sexy/post/58004b15d4e31.html
https://yourporn.sexy/post/58004c28aa714.html
https://yourporn.sexy/post/58004c75ed9d1.html
https://yourporn.sexy/post/58004ee9cc2a5.html
https://yourporn.sexy/post/58004f4a26e85.html
https://yourporn.sexy/post/5800505862504.html
https://yourporn.sexy/post/58005332689c7.html
https://yourporn.sexy/post/580121c426516.html
https://yourporn.sexy/post/580121d040f9f.html
https://yourporn.sexy/post/580139d1321e8.html
https://yourporn.sexy/post/5801484e9238e.html
https://yourporn.sexy/post/5802537b5d0d6.html
https://yourporn.sexy/post/580254f9d6575.html
https://yourporn.sexy/post/5804222dcb7ef.html
https://yourporn.sexy/post/580422502bcc6.html
https://yourporn.sexy/post/5804226a26469.html
https://yourporn.sexy/post/5804231267d1f.html
https://yourporn.sexy/post/58051f6dbeda7.html
https://yourporn.sexy/post/580599853486c.html
https://yourporn.sexy/post/5807874c17b6c.html
https://yourporn.sexy/post/5807e575ae3fb.html
https://yourporn.sexy/post/5808e4153468c.html
https://yourporn.sexy/post/5808e6f0790a8.html
https://yourporn.sexy/post/580a33e7400cd.html
https://yourporn.sexy/post/580b6e5ce1512.html
https://yourporn.sexy/post/580def8fe5af1.html
https://yourporn.sexy/post/580f69a937000.html
https://yourporn.sexy/post/580f69fc2dd5b.html
https://yourporn.sexy/post/5810f28ed63c6.html
https://yourporn.sexy/post/5811c57590bea.html
https://yourporn.sexy/post/581284ff710be.html
https://yourporn.sexy/post/5812850f585ee.html
https://yourporn.sexy/post/58133e73c573c.html
https://yourporn.sexy/post/581501d65f583.html
https://yourporn.sexy/post/581632579e5ba.html
https://yourporn.sexy/post/581633f3bb651.html
https://yourporn.sexy/post/58167b641d8d0.html
https://yourporn.sexy/post/58167b7cacaa0.html
https://yourporn.sexy/post/58167b8d2489d.html
https://yourporn.sexy/post/58167ba405968.html
https://yourporn.sexy/post/58167c04b8634.html
https://yourporn.sexy/post/5817193c8a42a.html
https://yourporn.sexy/post/581892b743ac9.html
https://yourporn.sexy/post/581a0529d8ab2.html
https://yourporn.sexy/post/581db3968dc4a.html
https://yourporn.sexy/post/581db4bbcfa64.html

27

https://yourporn.sexy/post/581f1578d8ff9.html
https://yourporn.sexy/post/58203ee6d7b54.html
https://yourporn.sexy/post/58232f20a4b2d.html
https://yourporn.sexy/post/5823337f6ca12.html
https://yourporn.sexy/post/58233422da784.html
https://yourporn.sexy/post/58245519500 8c.html
https://yourporn.sexy/post/58245f6e51a15.html
https://yourporn.sexy/post/5828601a74b73.html
https://yourporn.sexy/post/5829a2495fff8.html
https://yourporn.sexy/post/582ad75d40e39.html
https://yourporn.sexy/post/582ad7728ffba.html
https://yourporn.sexy/post/582ad7891b40a.html
https://yourporn.sexy/post/582ad7ae4599e.html
https://yourporn.sexy/post/582ad7c458884.html
https://yourporn.sexy/post/582ad893e6991.html
https://yourporn.sexy/post/582adadd3fd6b.html
https://yourporn.sexy/post/582c39fa02da2.html
https://yourporn.sexy/post/582c3b0c2d775.html
https://yourporn.sexy/post/582cb77aaf2eb.html
https://yourporn.sexy/post/582d834459487.html
https://yourporn.sexy/post/582edba6ab169.html
https://yourporn.sexy/post/583031516481e.html
https://yourporn.sexy/post/5832cf2eb752d.html
https://yourporn.sexy/post/58356bbb4f5b4.html
https://yourporn.sexy/post/58360f4c474a7.html
https://yourporn.sexy/post/5836d46db8fad.html
https://yourporn.sexy/post/5836d51c1d27b.html
https://yourporn.sexy/post/58382709c9cf2.html
https://yourporn.sexy/post/5839575c310ed.html
https://yourporn.sexy/post/583c9dd9c941e.html
https://yourporn.sexy/post/583d4b687253c.html
https://yourporn.sexy/post/583eab065cfc2.html
https://yourporn.sexy/post/583ff13d35fe8.html
https://yourporn.sexy/post/58414710b6749.html
https://yourporn.sexy/post/584484c5ef5be.html
https://yourporn.sexy/post/584589f457762.html
https://yourporn.sexy/post/58468efb6ad17.html
https://yourporn.sexy/post/58468f734adad.html
https://yourporn.sexy/post/58468f8d4340d.html
https://yourporn.sexy/post/58485e163dfb0.html
https://yourporn.sexy/post/5848705005d79.html
https://yourporn.sexy/post/5849173222395.html
https://yourporn.sexy/post/5849175d08ab4.html
https://yourporn.sexy/post/5849177069dbb.html
https://yourporn.sexy/post/5849178cd6817.html
https://yourporn.sexy/post/5849179a8682f.html
https://yourporn.sexy/post/584918ad72b85.html
https://yourporn.sexy/post/584bcd4fef95e.html
https://yourporn.sexy/post/584d51ecae3f3.html
https://yourporn.sexy/post/584de0fc21a6d.html
https://yourporn.sexy/post/58503d4e8b3f7.html

https://yourporn.sexy/post/58503ff7adab6.html
https://yourporn.sexy/post/585104a090bb9.html
https://yourporn.sexy/post/58525534d9208.html
https://yourporn.sexy/post/5852563479715.html
https://yourporn.sexy/post/5853b62899e30.html
https://yourporn.sexy/post/5853b695a11d7.html
https://yourporn.sexy/post/5854473086bd6.html
https://yourporn.sexy/post/5854ff3a62410.html
https://yourporn.sexy/post/5857b4faa5ef5.html
https://yourporn.sexy/post/5857fc5b7519b.html
https://yourporn.sexy/post/58598bf1a13b2.html
https://yourporn.sexy/post/58598c0401ec9.html
https://yourporn.sexy/post/585a43caa712b.html
https://yourporn.sexy/post/585bbd4fb2c52.html
https://yourporn.sexy/post/585c3577e2a5a.html
https://yourporn.sexy/post/585cfd2a0601a.html
https://yourporn.sexy/post/585d8f703345a.html
https://yourporn.sexy/post/585e54dedd6f1.html
https://yourporn.sexy/post/585e58505226b.html
https://yourporn.sexy/post/5860f380b2b29.html
https://yourporn.sexy/post/58623d6c2c566.html
https://yourporn.sexy/post/586242116a36d.html
https://yourporn.sexy/post/586395c4d6efa.html
https://yourporn.sexy/post/5865ac6521ce9.html
https://yourporn.sexy/post/5865ac82b850a.html
https://yourporn.sexy/post/5865ac8f4867f.html
https://yourporn.sexy/post/5865ac9c01105.html
https://yourporn.sexy/post/5865acaa2d92d.html
https://yourporn.sexy/post/5865ad0f77cda.html
https://yourporn.sexy/post/58661b0c3b615.html
https://yourporn.sexy/post/5866cc6b4cd82.html
https://yourporn.sexy/post/58678dcff16be.html
https://yourporn.sexy/post/58681848b3e89.html
https://yourporn.sexy/post/586a519b45e09.html
https://yourporn.sexy/post/586b8053dd417.html
https://yourporn.sexy/post/586cfffaaee03.html
https://yourporn.sexy/post/586e044f7e8c6.html
https://yourporn.sexy/post/586e66a281035.html
https://yourporn.sexy/post/586e66fa85d07.html
https://yourporn.sexy/post/586f5632591c0.html
https://yourporn.sexy/post/586fe9d557e40.html
https://yourporn.sexy/post/587263132328c.html
https://yourporn.sexy/post/587290b5b71f7.html
https://yourporn.sexy/post/5872ffc2517e7.html
https://yourporn.sexy/post/58739e81549d9.html
https://yourporn.sexy/post/5874b1a328623.html
https://yourporn.sexy/post/5875e9dd7a271.html
https://yourporn.sexy/post/5877556289221.html
https://yourporn.sexy/post/5878a25a8427c.html
https://yourporn.sexy/post/5878b0807be47.html
https://yourporn.sexy/post/587b395f388f5.html

TUCKER DECL. - 33

https://yourporn.sexy/post/587c84b363e9f.html
https://yourporn.sexy/post/587d102067f0f.html
https://yourporn.sexy/post/587d14136cd89.html
https://yourporn.sexy/post/587deaf713aee.html
https://yourporn.sexy/post/587e189601a51.html
https://yourporn.sexy/post/587ea321428fe.html
https://yourporn.sexy/post/587f2cec8c506.html
https://yourporn.sexy/post/58802fe42300b.html
https://yourporn.sexy/post/5882205c6e96c.html
https://yourporn.sexy/post/58866a3cd32e8.html
https://yourporn.sexy/post/58866a7653e35.html
https://yourporn.sexy/post/58873bc6b1d4e.html
https://yourporn.sexy/post/58873c094e6a4.html
https://yourporn.sexy/post/588888be7ee8f.html
https://yourporn.sexy/post/5889ca9ebd744.html
https://yourporn.sexy/post/588b275a4bbee.html
https://yourporn.sexy/post/588b3ead6c5d9.html
https://yourporn.sexy/post/588bebcea18db.html
https://yourporn.sexy/post/588cab12176b5.html
https://yourporn.sexy/post/588e80a587324.html
https://yourporn.sexy/post/588e80b530eac.html
https://yourporn.sexy/post/588e80c845577.html
https://yourporn.sexy/post/588e80e832d6a.html
https://yourporn.sexy/post/588e81056131d.html
https://yourporn.sexy/post/588e81ef2a0aa.html
https://yourporn.sexy/post/588f2256c9ee0.html
https://yourporn.sexy/post/5890665e60139.html
https://yourporn.sexy/post/5891a1b1e6c38.html
https://yourporn.sexy/post/5891a872e179f.html
https://yourporn.sexy/post/5892ef15c9a3e.html
https://yourporn.sexy/post/5893719fd5ee2.html
https://yourporn.sexy/post/589371b5b761c.html
https://yourporn.sexy/post/589371cc31163.html
https://yourporn.sexy/post/589371f120d08.html
https://yourporn.sexy/post/589377e4dab69.html
https://yourporn.sexy/post/5893785441a8d.html
https://yourporn.sexy/post/589456374aaec.html
https://yourporn.sexy/post/58958c677ad88.html
https://yourporn.sexy/post/5895909ecc490.html
https://yourporn.sexy/post/58959ae9d970e.html
https://yourporn.sexy/post/589847a954a3e.html
https://yourporn.sexy/post/589873dfb695b.html
https://yourporn.sexy/post/589873f19fb01.html
https://yourporn.sexy/post/5898740a687bf.html
https://yourporn.sexy/post/589874198efb1.html
https://yourporn.sexy/post/5898742c97003.html
https://yourporn.sexy/post/589874efebd88.html
https://yourporn.sexy/post/5899dd8f51fc9.html
https://yourporn.sexy/post/5899ddb846744.html
https://yourporn.sexy/post/589c3ffe7d928.html
https://yourporn.sexy/post/589d89a22b610.html

TUCKER DECL. - 34

https://yourporn.sexy/post/589d8af4ed68f.html
https://yourporn.sexy/post/589dab4d117e3.html
https://yourporn.sexy/post/589dab6916fc9.html
https://yourporn.sexy/post/589eda9798cc7.html
https://yourporn.sexy/post/58a0b0067eb12.html
https://yourporn.sexy/post/58a0ba2c5be52.html
https://yourporn.sexy/post/58a175aecc791.html
https://yourporn.sexy/post/58a177f5eeee3.html
https://yourporn.sexy/post/58a178206a7da.html
https://yourporn.sexy/post/58a2c5f83d63f.html
https://yourporn.sexy/post/58a2c619bf805.html
https://yourporn.sexy/post/58a42992c6815.html
https://yourporn.sexy/post/58a74f85055e2.html
https://yourporn.sexy/post/58a7ec1ddb915.html
https://yourporn.sexy/post/58aaabe16f2cd.html
https://yourporn.sexy/post/58ac0546e17ae.html
https://yourporn.sexy/post/58ac0562e7766.html
https://yourporn.sexy/post/58ad55e4a91c4.html
https://yourporn.sexy/post/58ad5653a0898.html
https://yourporn.sexy/post/58aeb5de2c8ac.html
https://yourporn.sexy/post/58aeb620b8c49.html
https://yourporn.sexy/post/58aeb83be7798.html
https://yourporn.sexy/post/58b00a383bf1c.html
https://yourporn.sexy/post/58b00b622f02a.html
https://yourporn.sexy/post/58b0158723156.html
https://yourporn.sexy/post/58b1311bc52cd.html
https://yourporn.sexy/post/58b438ac85ac4.html
https://yourporn.sexy/post/58b57e00c61ef.html
https://yourporn.sexy/post/58b57e7c041c0.html
https://yourporn.sexy/post/58b5b8455e6f0.html
https://yourporn.sexy/post/58b5b85a4e1bb.html
https://yourporn.sexy/post/58b5b8698d316.html
https://yourporn.sexy/post/58b5b8777a26a.html
https://yourporn.sexy/post/58b5b88c256dc.html
https://yourporn.sexy/post/58b5b9271ce68.html
https://yourporn.sexy/post/58b66975bfae3.html
https://yourporn.sexy/post/58b68c867c542.html
https://yourporn.sexy/post/58b690e65effe.html
https://yourporn.sexy/post/58b7ce49814ca.html
https://yourporn.sexy/post/58b7d0171f431.html
https://yourporn.sexy/post/58b913e2618cb.html
https://yourporn.sexy/post/58b9c0fed94b2.html
https://yourporn.sexy/post/58ba4c0d062f8.html
https://yourporn.sexy/post/58bc8218ec58d.html
https://yourporn.sexy/post/58bcfc0d0d385.html
https://yourporn.sexy/post/58bd02212efbb.html
https://yourporn.sexy/post/58be4aaa426cb.html
https://yourporn.sexy/post/58be4ab240d45.html
https://yourporn.sexy/post/58bfb7892efde.html
https://yourporn.sexy/post/58c0e8b5f4279.html
https://yourporn.sexy/post/58c0e9164ebb0.html

https://yourporn.sexy/post/58c25fcfc2f8a.html
https://yourporn.sexy/post/58c26872db6ed.html
https://yourporn.sexy/post/58c2c2e45b653.html
https://yourporn.sexy/post/58c3b17c80d12.html
https://yourporn.sexy/post/58c5fc2ce023c.html
https://yourporn.sexy/post/58c7c19776904.html
https://yourporn.sexy/post/58c7c3c534deb.html
https://yourporn.sexy/post/58c8dca79ab1f.html
https://yourporn.sexy/post/58c8f1ea0af10.html
https://yourporn.sexy/post/58ca3d14aff50.html
https://yourporn.sexy/post/58ca67afe0bdf.html
https://yourporn.sexy/post/58ca7450d585c.html
https://yourporn.sexy/post/58cbae314c419.html
https://yourporn.sexy/post/58cbae445d40f.html
https://yourporn.sexy/post/58cbaef715830.html
https://yourporn.sexy/post/58cd02a0e2431.html
https://yourporn.sexy/post/58cfa126c09eb.html
https://yourporn.sexy/post/58d0fcdb660e7.html
https://yourporn.sexy/post/58d22fe98d9ce.html
https://yourporn.sexy/post/58d2a73a52b18.html
https://yourporn.sexy/post/58d379f7c6851.html
https://yourporn.sexy/post/58d3819abb17b.html
https://yourporn.sexy/post/58d383767e38d.html
https://yourporn.sexy/post/58d4e93fac93a.html
https://yourporn.sexy/post/58d4e987bf667.html
https://yourporn.sexy/post/58d5917766417.html
https://yourporn.sexy/post/58d592146cb66.html
https://yourporn.sexy/post/58d7539679af8.html
https://yourporn.sexy/post/58d8cbc58e65c.html
https://yourporn.sexy/post/58d8e89c0f05e.html
https://yourporn.sexy/post/58da04032dba7.html
https://yourporn.sexy/post/58da0dd50c7e2.html
https://yourporn.sexy/post/58da258026b6e.html
https://yourporn.sexy/post/58da275e1e8df.html
https://yourporn.sexy/post/58db53028da06.html
https://yourporn.sexy/post/58db53760d697.html
https://yourporn.sexy/post/58dc0af218490.html
https://yourporn.sexy/post/58dcb8dd7a527.html
https://yourporn.sexy/post/58de730fb2334.html
https://yourporn.sexy/post/58deb957dc75a.html
https://yourporn.sexy/post/58df70920e1a0.html
https://yourporn.sexy/post/58e1ed8b2fdbe.html
https://yourporn.sexy/post/58e342190df36.html
https://yourporn.sexy/post/58e346eaabaae.html
https://yourporn.sexy/post/58e39ba38698c.html
https://yourporn.sexy/post/58e39bb690cde.html
https://yourporn.sexy/post/58e39bc6319c9.html
https://yourporn.sexy/post/58e39bd880e44.html
https://yourporn.sexy/post/58e39bea6a7fd.html
https://yourporn.sexy/post/58e39c47e03b8.html
https://yourporn.sexy/post/58e4917071049.html

https://yourporn.sexy/post/58e49ca356b37.html
https://yourporn.sexy/post/58e49ccbce986.html
https://yourporn.sexy/post/58e5e12d30a92.html
https://yourporn.sexy/post/58e60191135de.html
https://yourporn.sexy/post/58e76aa040489.html
https://yourporn.sexy/post/58e76c1b6592f.html
https://yourporn.sexy/post/58e7dc31a706f.html
https://yourporn.sexy/post/58e7dc4dc79cb.html
https://yourporn.sexy/post/58e7dc64b74fc.html
https://yourporn.sexy/post/58e88bb569bed.html
https://yourporn.sexy/post/58ea6c53fd659.html
https://yourporn.sexy/post/58ea91e581817.html
https://yourporn.sexy/post/58ea955bb6f26.html
https://yourporn.sexy/post/58eb38873b242.html
https://yourporn.sexy/post/58ec7eceebdca.html
https://yourporn.sexy/post/58ec84ddca6c6.html
https://yourporn.sexy/post/58ed5aa254985.html
https://yourporn.sexy/post/58edd250aebd1.html
https://yourporn.sexy/post/58edd87d34450.html
https://yourporn.sexy/post/58ee67987f336.html
https://yourporn.sexy/post/58ee8b2a04f08.html
https://yourporn.sexy/post/58ef2126d1594.html
https://yourporn.sexy/post/58f07555247f2.html
https://yourporn.sexy/post/58f079be05dc6.html
https://yourporn.sexy/post/58f0fc8368968.html
https://yourporn.sexy/post/58f1abe60eeb1.html
https://yourporn.sexy/post/58f1ac080d124.html
https://yourporn.sexy/post/58f5ab7f10e94.html
https://yourporn.sexy/post/58f5ab8390376.html
https://yourporn.sexy/post/58f6f83700622.html
https://yourporn.sexy/post/58f746b90dc95.html
https://yourporn.sexy/post/58f857612d385.html
https://yourporn.sexy/post/58f8609c32387.html
https://yourporn.sexy/post/58f8c92d14db4.html
https://yourporn.sexy/post/58fb2e41135e2.html
https://yourporn.sexy/post/58fbb743450cd.html
https://yourporn.sexy/post/58fc5679f0c3c.html
https://yourporn.sexy/post/58fdd1ff03b44.html
https://yourporn.sexy/post/58fdfa1d76531.html
https://yourporn.sexy/post/58ff0cd7be3e8.html
https://yourporn.sexy/post/58ff0ed45cf53.html
https://yourporn.sexy/post/58ff1575afa1c.html
https://yourporn.sexy/post/5900433692416.html
https://yourporn.sexy/post/59004dbe4a570.html
https://yourporn.sexy/post/590050ecc0761.html
https://yourporn.sexy/post/5900d59f2348a.html
https://yourporn.sexy/post/5900d5ac69e99.html
https://yourporn.sexy/post/5900d5baa3658.html
https://yourporn.sexy/post/5900d5c502a1f.html
https://yourporn.sexy/post/5900d5d3bbb0a.html
https://yourporn.sexy/post/5900d63229a97.html

https://yourporn.sexy/post/5901926dea659.html
https://yourporn.sexy/post/5901d9f3e40a9.html
https://yourporn.sexy/post/590352c416aea.html
https://yourporn.sexy/post/5904294db2573.html
https://yourporn.sexy/post/5907039fd7834.html
https://yourporn.sexy/post/59071328c3e46.html
https://yourporn.sexy/post/590831f865f6c.html
https://yourporn.sexy/post/59083f220586c.html
https://yourporn.sexy/post/5909899d8d29b.html
https://yourporn.sexy/post/59098e80dab82.html
https://yourporn.sexy/post/590ab2cad1c79.html
https://yourporn.sexy/post/590ae0231ed6d.html
https://yourporn.sexy/post/590c11bcf8b85.html
https://yourporn.sexy/post/590c15150cc74.html
https://yourporn.sexy/post/590c178c0a29f.html
https://yourporn.sexy/post/590c17d22a644.html
https://yourporn.sexy/post/590d8043218c1.html
https://yourporn.sexy/post/590ffd310214a.html
https://yourporn.sexy/post/591006c2a7f05.html
https://yourporn.sexy/post/59102b32f92a1.html
https://yourporn.sexy/post/59103216ce8d4.html
https://yourporn.sexy/post/59103224205a0.html
https://yourporn.sexy/post/59116289a41f2.html
https://yourporn.sexy/post/5911629aac07c.html
https://yourporn.sexy/post/5912c2b1b9206.html
https://yourporn.sexy/post/5912c9d388371.html
https://yourporn.sexy/post/5912cd237ab8a.html
https://yourporn.sexy/post/59135f11a35cc.html
https://yourporn.sexy/post/5914232b5e378.html
https://yourporn.sexy/post/59142a9da2e87.html
https://yourporn.sexy/post/59142b0cce9a4.html
https://yourporn.sexy/post/5915840b5c383.html
https://yourporn.sexy/post/59158557771c4.html
https://yourporn.sexy/post/5918294139da5.html
https://yourporn.sexy/post/59182a6fa9b4a.html
https://yourporn.sexy/post/59195e0082deb.html
https://yourporn.sexy/post/59195e32d995d.html
https://yourporn.sexy/post/59195e577be60.html
https://yourporn.sexy/post/591968e482644.html
https://yourporn.sexy/post/591ab72b01787.html
https://yourporn.sexy/post/591b0e6322f3a.html
https://yourporn.sexy/post/591beb8766254.html
https://yourporn.sexy/post/591bf79313768.html
https://yourporn.sexy/post/591d15981d592.html
https://yourporn.sexy/post/591d15ba37bcb.html
https://yourporn.sexy/post/591d3059afa14.html
https://yourporn.sexy/post/591efffe412ad.html
https://yourporn.sexy/post/591f0009ba43b.html
https://yourporn.sexy/post/591f00168d777.html
https://yourporn.sexy/post/591f002019787.html
https://yourporn.sexy/post/591f002ca29f9.html

https://yourporn.sexy/post/591f007c6f5ae.html
https://yourporn.sexy/post/591f2b97ffe3f.html
https://yourporn.sexy/post/591fe3cbe014b.html
https://yourporn.sexy/post/5920232a278be.html
https://yourporn.sexy/post/592065045d4c2.html
https://yourporn.sexy/post/5921ada773cdb.html
https://yourporn.sexy/post/5921adbab2e4f.html
https://yourporn.sexy/post/5921add1e950b.html
https://yourporn.sexy/post/5921ade40e119.html
https://yourporn.sexy/post/5921adf3d775e.html
https://yourporn.sexy/post/5921ae522214a.html
https://yourporn.sexy/post/59228a2512f84.html
https://yourporn.sexy/post/592290d953566.html
https://yourporn.sexy/post/5923dd219bccc.html
https://yourporn.sexy/post/592422c7a8f84.html
https://yourporn.sexy/post/59248e892bff3.html
https://yourporn.sexy/post/59248ea73c41d.html
https://yourporn.sexy/post/59248eb6a7a33.html
https://yourporn.sexy/post/59248ec26f22f.html
https://yourporn.sexy/post/59248ed1a616d.html
https://yourporn.sexy/post/592490ab45726.html
https://yourporn.sexy/post/59253b080305e.html
https://yourporn.sexy/post/592723e50238a.html
https://yourporn.sexy/post/59296fa01407a.html
https://yourporn.sexy/post/592ad8a8512c6.html
https://yourporn.sexy/post/592ad8c2e1921.html
https://yourporn.sexy/post/592ad8d5a5c89.html
https://yourporn.sexy/post/592ad8e4e0e80.html
https://yourporn.sexy/post/592ad924cb498.html
https://yourporn.sexy/post/592ad9ac0a92a.html
https://yourporn.sexy/post/592adb8e92581.html
https://yourporn.sexy/post/592bf6ea9882c.html
https://yourporn.sexy/post/592c01d5233f9.html
https://yourporn.sexy/post/592d01c38ee50.html
https://yourporn.sexy/post/592d01c613c8c.html
https://yourporn.sexy/post/592eab7b5044f.html
https://yourporn.sexy/post/592fbaf1af073.html
https://yourporn.sexy/post/59311455145bc.html
https://yourporn.sexy/post/59329b641925c.html
https://yourporn.sexy/post/5933eac5c24a9.html
https://yourporn.sexy/post/59350007df27a.html
https://yourporn.sexy/post/59351f7a297c2.html
https://yourporn.sexy/post/59367f6c375fb.html
https://yourporn.sexy/post/59367fb3bd904.html
https://yourporn.sexy/post/59367fc3e8116.html
https://yourporn.sexy/post/5936b20f00a31.html
https://yourporn.sexy/post/593791082ecfd.html
https://yourporn.sexy/post/59379377ecbcd.html
https://yourporn.sexy/post/59390eed04a52.html
https://yourporn.sexy/post/59390f7152f02.html
https://yourporn.sexy/post/593a5dd2770f4.html

https://yourporn.sexy/post/593b2f164986f.html
https://yourporn.sexy/post/593bbf88a97c7.html
https://yourporn.sexy/post/593bc6bd3c5f0.html
https://yourporn.sexy/post/593e6572a585d.html
https://yourporn.sexy/post/593e89482a08a.html
https://yourporn.sexy/post/593f0893776c2.html
https://yourporn.sexy/post/593fb984ba7a3.html
https://yourporn.sexy/post/593ff89f2e390.html
https://yourporn.sexy/post/593ff8aa48fbf.html
https://yourporn.sexy/post/593ff8b9a4cd3.html
https://yourporn.sexy/post/593ff8c4a26e8.html
https://yourporn.sexy/post/593ff8d481cf8.html
https://yourporn.sexy/post/593ff92766e1d.html
https://yourporn.sexy/post/594032c8c6dc3.html
https://yourporn.sexy/post/5940f33538386.html
https://yourporn.sexy/post/5940f569e2246.html
https://yourporn.sexy/post/59427309ae7e0.html
https://yourporn.sexy/post/5943acdcde329.html
https://yourporn.sexy/post/5943b0528e889.html
https://yourporn.sexy/post/5943b0f22c516.html
https://yourporn.sexy/post/59440e6d846d0.html
https://yourporn.sexy/post/594441c0d6340.html
https://yourporn.sexy/post/5944f2bd63262.html
https://yourporn.sexy/post/59479617e317d.html
https://yourporn.sexy/post/5947ddea9c883.html
https://yourporn.sexy/post/5948f075a727a.html
https://yourporn.sexy/post/5948f1200460f.html
https://yourporn.sexy/post/59492ba60322f.html
https://yourporn.sexy/post/59492bb15c9e6.html
https://yourporn.sexy/post/59492bbdcadb9.html
https://yourporn.sexy/post/59492bdb9d049.html
https://yourporn.sexy/post/59492c0bb8aa1.html
https://yourporn.sexy/post/594a48567a621.html
https://yourporn.sexy/post/594ab54ced376.html
https://yourporn.sexy/post/594b85e65f2e4.html
https://yourporn.sexy/post/594cbf24afc6a.html
https://yourporn.sexy/post/594cc37d3429a.html
https://yourporn.sexy/post/594d641256d98.html
https://yourporn.sexy/post/594e1ec80a009.html
https://yourporn.sexy/post/594e1ef73c011.html
https://yourporn.sexy/post/59508fe627593.html
https://yourporn.sexy/post/59509462ea3bc.html
https://yourporn.sexy/post/595094761b3ba.html
https://yourporn.sexy/post/595217c080656.html
https://yourporn.sexy/post/59521de5490ac.html
https://yourporn.sexy/post/59533216ad324.html
https://yourporn.sexy/post/5953a1b87063f.html
https://yourporn.sexy/post/5953edd26dbc8.html
https://yourporn.sexy/post/5953ede1ed59e.html
https://yourporn.sexy/post/5953edf17f6bd.html
https://yourporn.sexy/post/5953ee0a47e0f.html

https://yourporn.sexy/post/5953ee49f2415.html
https://yourporn.sexy/post/5954271e36c40.html
https://yourporn.sexy/post/5954278a362e8.html
https://yourporn.sexy/post/595427a1385e9.html
https://yourporn.sexy/post/5954cd944029c.html
https://yourporn.sexy/post/5954e006dd00f.html
https://yourporn.sexy/post/5954ef490ae25.html
https://yourporn.sexy/post/5955077aef32b.html
https://yourporn.sexy/post/5955078ecaa6f.html
https://yourporn.sexy/post/5955079fd6d9b.html
https://yourporn.sexy/post/595507b0d3f26.html
https://yourporn.sexy/post/595507c6785a9.html
https://yourporn.sexy/post/5955081279996.html
https://yourporn.sexy/post/5955d89ab2c02.html
https://yourporn.sexy/post/5955dc6050b7b.html
https://yourporn.sexy/post/5956ed7395412.html
https://yourporn.sexy/post/59580fd13c6d4.html
https://yourporn.sexy/post/5958138d645b8.html
https://yourporn.sexy/post/59581502c346d.html
https://yourporn.sexy/post/5958bc5ea6f31.html
https://yourporn.sexy/post/5958bceeed9d7.html
https://yourporn.sexy/post/5958be2e1e273.html
https://yourporn.sexy/post/5959d2536c9f5.html
https://yourporn.sexy/post/595ab3d820f41.html
https://yourporn.sexy/post/595b64e16c2ce.html
https://yourporn.sexy/post/595b650018b43.html
https://yourporn.sexy/post/595b6567530b8.html
https://yourporn.sexy/post/595c8d381fb19.html
https://yourporn.sexy/post/595cc32d93da5.html
https://yourporn.sexy/post/595d16f8ef22b.html
https://yourporn.sexy/post/595df2e5819c4.html
https://yourporn.sexy/post/595df5aa7b703.html
https://yourporn.sexy/post/595f37346f87b.html
https://yourporn.sexy/post/595f3a132e6ed.html
https://yourporn.sexy/post/595f44a9c6022.html
https://yourporn.sexy/post/595f45b3787ca.html
https://yourporn.sexy/post/595f5482af5c1.html
https://yourporn.sexy/post/595f550434b45.html
https://yourporn.sexy/post/5960494a36dc4.html
https://yourporn.sexy/post/59631543a6903.html
https://yourporn.sexy/post/59632328135c0.html
https://yourporn.sexy/post/5963669533579.html
https://yourporn.sexy/post/596455952b6ae.html
https://yourporn.sexy/post/596457530cbd5.html
https://yourporn.sexy/post/5965bc8ed83a9.html
https://yourporn.sexy/post/59672aeae31a1.html
https://yourporn.sexy/post/5967577b87f28.html
https://yourporn.sexy/post/59679c357b80d.html
https://yourporn.sexy/post/5968843049a4d.html
https://yourporn.sexy/post/596884b259ed1.html
https://yourporn.sexy/post/596885f321b6d.html

https://yourporn.sexy/post/5969afc2bd69d.html
https://yourporn.sexy/post/596a8f0947ad9.html
https://yourporn.sexy/post/596af5619ad08.html
https://yourporn.sexy/post/596c78f0609c2.html
https://yourporn.sexy/post/596c79b420b2e.html
https://yourporn.sexy/post/596db98610b9f.html
https://yourporn.sexy/post/596f200a18eda.html
https://yourporn.sexy/post/596f205d92ffa.html
https://yourporn.sexy/post/596f207b4dd18.html
https://yourporn.sexy/post/59703c7b6affe.html
https://yourporn.sexy/post/5970c530d04e0.html
https://yourporn.sexy/post/59719a430bc76.html
https://yourporn.sexy/post/5972581b2e756.html
https://yourporn.sexy/post/59725827c30b0.html
https://yourporn.sexy/post/5972583690c88.html
https://yourporn.sexy/post/59725844e980b.html
https://yourporn.sexy/post/59725853c6ded.html
https://yourporn.sexy/post/59725906e168d.html
https://yourporn.sexy/post/5972 5c99434d1.html
https://yourporn.sexy/post/59725ca69cd99.html
https://yourporn.sexy/post/59725cbbe6134.html
https://yourporn.sexy/post/59725ccd02489.html
https://yourporn.sexy/post/59725d1524d6a.html
https://yourporn.sexy/post/59735a0c8347c.html
https://yourporn.sexy/post/59744d544f6c6.html
https://yourporn.sexy/post/5975a2e3e764f.html
https://yourporn.sexy/post/5975a31621df0.html
https://yourporn.sexy/post/5975aafccab63.html
https://yourporn.sexy/post/5976391092e1d.html
https://yourporn.sexy/post/597639206e46f.html
https://yourporn.sexy/post/59763928b57c5.html
https://yourporn.sexy/post/59763938600d0.html
https://yourporn.sexy/post/59763b5855cab.html
https://yourporn.sexy/post/597717fef3b5a.html
https://yourporn.sexy/post/5977191ce07dc.html
https://yourporn.sexy/post/59783d7f7aa71.html
https://yourporn.sexy/post/597842f916d3f.html
https://yourporn.sexy/post/5979e362e0931.html
https://yourporn.sexy/post/5979e380173c0.html
https://yourporn.sexy/post/597a7095bba53.html
https://yourporn.sexy/post/597acbf3249fa.html
https://yourporn.sexy/post/597ace0c3a042.html
https://yourporn.sexy/post/597c2dd6014a1.html
https://yourporn.sexy/post/597c61b916a9d.html
https://yourporn.sexy/post/597c6579efb5d.html
https://yourporn.sexy/post/597c73546acb9.html
https://yourporn.sexy/post/597dcb2e075a8.html
https://yourporn.sexy/post/597ed58c2b6bc.html
https://yourporn.sexy/post/597ed7ba2fa7c.html
https://yourporn.sexy/post/597fc22c0b17a.html
https://yourporn.sexy/post/59803bce0c3be.html

https://yourporn.sexy/post/59803fa503c0b.html
https://yourporn.sexy/post/598170d97edf5.html
https://yourporn.sexy/post/598215121847c.html
https://yourporn.sexy/post/5982246a0238a.html
https://yourporn.sexy/post/5982c71d79311.html
https://yourporn.sexy/post/5982c98281b53.html
https://yourporn.sexy/post/5982c99c69405.html
https://yourporn.sexy/post/5984135f8030c.html
https://yourporn.sexy/post/59849697b0f9c.html
https://yourporn.sexy/post/598496c743867.html
https://yourporn.sexy/post/598496e7e4580.html
https://yourporn.sexy/post/598496fef25d2.html
https://yourporn.sexy/post/5984975a77adf.html
https://yourporn.sexy/post/598497995584d.html
https://yourporn.sexy/post/598497a498a70.html
https://yourporn.sexy/post/598497b74b1f4.html
https://yourporn.sexy/post/598497c4a0cf3.html
https://yourporn.sexy/post/598498821d589.html
https://yourporn.sexy/post/598593580d17f.html
https://yourporn.sexy/post/59862f7428c96.html
https://yourporn.sexy/post/59863b4f67eff.html
https://yourporn.sexy/post/59863b5b8667c.html
https://yourporn.sexy/post/59863b65b52bb.html
https://yourporn.sexy/post/59863b7578136.html
https://yourporn.sexy/post/59863ba02a0e4.html
https://yourporn.sexy/post/5987ab35905d3.html
https://yourporn.sexy/post/5987ee5d0fe60.html
https://yourporn.sexy/post/5987eeb016030.html
https://yourporn.sexy/post/598986d4a24fa.html
https://yourporn.sexy/post/598986f91be63.html
https://yourporn.sexy/post/598ab05f37290.html
https://yourporn.sexy/post/598bfcd6596a0.html
https://yourporn.sexy/post/598c00093b3a9.html
https://yourporn.sexy/post/598d57f04bb18.html
https://yourporn.sexy/post/598d6945b925d.html
https://yourporn.sexy/post/598eab81c3a4b.html
https://yourporn.sexy/post/598f76bd7df2a.html
https://yourporn.sexy/post/598f8166c0c67.html
https://yourporn.sexy/post/598feb4ea8e5e.html
https://yourporn.sexy/post/599050a5dbced.html
https://yourporn.sexy/post/599146f860e3d.html
https://yourporn.sexy/post/599147251831f.html
https://yourporn.sexy/post/5992a422b3d7b.html
https://yourporn.sexy/post/5992a567ba88d.html
https://yourporn.sexy/post/5993fa5238aa8.html
https://yourporn.sexy/post/5993fde192545.html
https://yourporn.sexy/post/59954cc368f92.html
https://yourporn.sexy/post/599565bbaf4b1.html
https://yourporn.sexy/post/599580f54d64a.html
https://yourporn.sexy/post/59969ed30d8c5.html
https://yourporn.sexy/post/5997d848df2bf.html

https://yourporn.sexy/post/5998c047dd981.html
https://yourporn.sexy/post/5999371b7e735.html
https://yourporn.sexy/post/5999bc2e069fe.html
https://yourporn.sexy/post/5999bc47ae9b5.html
https://yourporn.sexy/post/5999bc55c4650.html
https://yourporn.sexy/post/5999bc91f331b.html
https://yourporn.sexy/post/599a7e2793cac.html
https://yourporn.sexy/post/599a7eba52557.html
https://yourporn.sexy/post/599b4f8d1c846.html
https://yourporn.sexy/post/599c1ade30d26.html
https://yourporn.sexy/post/599c1b0160b6f.html
https://yourporn.sexy/post/599c1e98a4fd7.html
https://yourporn.sexy/post/599d36672dc95.html
https://yourporn.sexy/post/599d39260f663.html
https://yourporn.sexy/post/599d3e137ca33.html
https://yourporn.sexy/post/599e9afdeabf1.html
https://yourporn.sexy/post/599e9cfee37c5.html
https://yourporn.sexy/post/599fc2807916c.html
https://yourporn.sexy/post/599fc66945870.html
https://yourporn.sexy/post/59a1318bae7ca.html
https://yourporn.sexy/post/59a32a2a4c757.html
https://yourporn.sexy/post/59a35cca3d526.html
https://yourporn.sexy/post/59a3cb0616dd0.html
https://yourporn.sexy/post/59a3cb47e4ba9.html
https://yourporn.sexy/post/59a500e98eb59.html
https://yourporn.sexy/post/59a503f04714a.html
https://yourporn.sexy/post/59a5c753e163c.html
https://yourporn.sexy/post/59a5cb4770901.html
https://yourporn.sexy/post/59a6643ac763d.html
https://yourporn.sexy/post/59a664bbd684b.html
https://yourporn.sexy/post/59a7c26594771.html
https://yourporn.sexy/post/59a7c3218c836.html
https://yourporn.sexy/post/59a866377d883.html
https://yourporn.sexy/post/59a8f36c0443f.html
https://yourporn.sexy/post/59a953ccb83e4.html
https://yourporn.sexy/post/59aa5415408e4.html
https://yourporn.sexy/post/59aa55ad276c7.html
https://yourporn.sexy/post/59aa58be77642.html
https://yourporn.sexy/post/59acf518d7033.html
https://yourporn.sexy/post/59acf55242752.html
https://yourporn.sexy/post/59ae5a4d4b1f9.html
https://yourporn.sexy/post/59af06d1ef5d2.html
https://yourporn.sexy/post/59afae71e1265.html
https://yourporn.sexy/post/59b0f8926b198.html
https://yourporn.sexy/post/59b0f962e3b39.html
https://yourporn.sexy/post/59b29f1d19b66.html
https://yourporn.sexy/post/59b2a57c8a166.html
https://yourporn.sexy/post/59b2c00d61026.html
https://yourporn.sexy/post/59b2c0218689e.html
https://yourporn.sexy/post/59b2c03d54870.html
https://yourporn.sexy/post/59b2c053efc2e.html

https://yourporn.sexy/post/59b2c0ca9d9f4.html
https://yourporn.sexy/post/59b3a4007df34.html
https://yourporn.sexy/post/59b44a38ab970.html
https://yourporn.sexy/post/59b591158c854.html
https://yourporn.sexy/post/59b591304f53c.html
https://yourporn.sexy/post/59b59147c9af9.html
https://yourporn.sexy/post/59b5915d551f0.html
https://yourporn.sexy/post/59b591e04a428.html
https://yourporn.sexy/post/59b63d474c61b.html
https://yourporn.sexy/post/59b64abfd441e.html
https://yourporn.sexy/post/59b69a5071b7c.html
https://yourporn.sexy/post/59b69a64939b6.html
https://yourporn.sexy/post/59b69a789424c.html
https://yourporn.sexy/post/59b69a8b02d18.html
https://yourporn.sexy/post/59b69abd14e8a.html
https://yourporn.sexy/post/59b78e14f4e21.html
https://yourporn.sexy/post/59b791c815ad3.html
https://yourporn.sexy/post/59b8e477f2d1f.html
https://yourporn.sexy/post/59b8f42f3cf6a.html
https://yourporn.sexy/post/59b987c34d901.html
https://yourporn.sexy/post/59b987ccbd451.html
https://yourporn.sexy/post/59b987d9aaee0.html
https://yourporn.sexy/post/59b987e2dfbd6.html
https://yourporn.sexy/post/59b9881bb516d.html
https://yourporn.sexy/post/59ba3d55ed307.html
https://yourporn.sexy/post/59bb45a1a588d.html
https://yourporn.sexy/post/59bb917341d85.html
https://yourporn.sexy/post/59bcdeefe787a.html
https://yourporn.sexy/post/59bcdf1d26653.html
https://yourporn.sexy/post/59bf6472283cd.html
https://yourporn.sexy/post/59bf64b7d1db6.html
https://yourporn.sexy/post/59c0d8592393d.html
https://yourporn.sexy/post/59c0e11f262e7.html
https://yourporn.sexy/post/59c0e133dd68f.html
https://yourporn.sexy/post/59c0fdeaa8d11.html
https://yourporn.sexy/post/59c104eca8285.html
https://yourporn.sexy/post/59c11a64fc41f.html
https://yourporn.sexy/post/59c1294c5c1bf.html
https://yourporn.sexy/post/59c21c3d1ce4e.html
https://yourporn.sexy/post/59c2c4b706061.html
https://yourporn.sexy/post/59c2e8b611b2d.html
https://yourporn.sexy/post/59c2fd3e81a5d.html
https://yourporn.sexy/post/59c36ede2f312.html
https://yourporn.sexy/post/59c377ddc3b6e.html
https://yourporn.sexy/post/59c3784c95bef.html
https://yourporn.sexy/post/59c3905e13292.html
https://yourporn.sexy/post/59c395648d028.html
https://yourporn.sexy/post/59c3b83aa10e6.html
https://yourporn.sexy/post/59c4007b6d158.html
https://yourporn.sexy/post/59c4132a6eea4.html
https://yourporn.sexy/post/59c413b9b13cd.html

https://yourporn.sexy/post/59c4ce456e07a.html
https://yourporn.sexy/post/59c4dc4f15fee.html
https://yourporn.sexy/post/59c4ed5fb9887.html
https://yourporn.sexy/post/59c5fbaeb7031.html
https://yourporn.sexy/post/59c6056a74453.html
https://yourporn.sexy/post/59c7da75d0d21.html
https://yourporn.sexy/post/59c7da83c3123.html
https://yourporn.sexy/post/59c7da9334333.html
https://yourporn.sexy/post/59c7daa66791e.html
https://yourporn.sexy/post/59c7daf199739.html
https://yourporn.sexy/post/59c8b7485c47e.html
https://yourporn.sexy/post/59c8c15e3fabd.html
https://yourporn.sexy/post/59ca176a10cee.html
https://yourporn.sexy/post/59cb5ff1353b6.html
https://yourporn.sexy/post/59cbf12489057.html
https://yourporn.sexy/post/59ccae58948a1.html
https://yourporn.sexy/post/59ccb6994066d.html
https://yourporn.sexy/post/59cd0e5f8d5cb.html
https://yourporn.sexy/post/59cd0e6f57dc2.html
https://yourporn.sexy/post/59cd0e852d84a.html
https://yourporn.sexy/post/59cd0e97b7a00.html
https://yourporn.sexy/post/59cd0ed08c586.html
https://yourporn.sexy/post/59ce030b9a247.html
https://yourporn.sexy/post/59cf43987b624.html
https://yourporn.sexy/post/59cf49e8d20fd.html
https://yourporn.sexy/post/59d127a950c7c.html
https://yourporn.sexy/post/59d1285d42202.html
https://yourporn.sexy/post/59d1288058b71.html
https://yourporn.sexy/post/59d128b1296be.html
https://yourporn.sexy/post/59d128ca135a6.html
https://yourporn.sexy/post/59d12bd10e6bc.html
https://yourporn.sexy/post/59d12e6cae0b8.html
https://yourporn.sexy/post/59d12fb1c90c4.html
https://yourporn.sexy/post/59d1bf7293bda.html
https://yourporn.sexy/post/59d346dc5a6ad.html
https://yourporn.sexy/post/59d34bf0bfb0b.html
https://yourporn.sexy/post/59d3545153352.html
https://yourporn.sexy/post/59d354f8e2aaf.html
https://yourporn.sexy/post/59d3930e154e5.html
https://yourporn.sexy/post/59d49e518eea9.html
https://yourporn.sexy/post/59d5e4227bbb3.html
https://yourporn.sexy/post/59d5e46d95037.html
https://yourporn.sexy/post/59d744ed828fc.html
https://yourporn.sexy/post/59d7455de5148.html
https://yourporn.sexy/post/59d74e3b05168.html
https://yourporn.sexy/post/59d8863472a27.html
https://yourporn.sexy/post/59db3015ca212.html
https://yourporn.sexy/post/59dbbeb1746fc.html
https://yourporn.sexy/post/59dc8a3026266.html
https://yourporn.sexy/post/59dc9fdec99e2.html
https://yourporn.sexy/post/59dccffda70d3.html

https://yourporn.sexy/post/59ddce9f5e3f8.html
https://yourporn.sexy/post/59ddd01a5b2f9.html
https://yourporn.sexy/post/59deca48e8d68.html
https://yourporn.sexy/post/59df1dd3c1437.html
https://yourporn.sexy/post/59df1ecbae1cd.html
https://yourporn.sexy/post/59df1f4a9dc84.html
https://yourporn.sexy/post/59e076f8491a4.html
https://yourporn.sexy/post/59e166400798a.html
https://yourporn.sexy/post/59e1a73ae4db1.html
https://yourporn.sexy/post/59e1a7856d207.html
https://yourporn.sexy/post/59e1fa07f42e7.html
https://yourporn.sexy/post/59e21830891d7.html
https://yourporn.sexy/post/59e36c7747b66.html
https://yourporn.sexy/post/59e486e3db051.html
https://yourporn.sexy/post/59e487e718d9a.html
https://yourporn.sexy/post/59e4e3aa23f07.html
https://yourporn.sexy/post/59e5a213c2fe4.html
https://yourporn.sexy/post/59e5a24207815.html
https://yourporn.sexy/post/59e6f2631bed3.html
https://yourporn.sexy/post/59e75411e2c84.html
https://yourporn.sexy/post/59e868d831da2.html
https://yourporn.sexy/post/59e86d3f6ae2f.html
https://yourporn.sexy/post/59e9a6f72242a.html
https://yourporn.sexy/post/59e9a7e92e239.html
https://yourporn.sexy/post/59ea5ce09e6dd.html
https://yourporn.sexy/post/59eb17fb25d95.html
https://yourporn.sexy/post/59eb58dcca90c.html
https://yourporn.sexy/post/59eb617b236a9.html
https://yourporn.sexy/post/59eb64222c61a.html
https://yourporn.sexy/post/59eba1dd8920a.html
https://yourporn.sexy/post/59ec6c1f3bed5.html
https://yourporn.sexy/post/59ecaa0589306.html
https://yourporn.sexy/post/59edad96aba19.html
https://yourporn.sexy/post/59edb47f28155.html
https://yourporn.sexy/post/59edb9c2a6b18.html
https://yourporn.sexy/post/59eef7153c84e.html
https://yourporn.sexy/post/59eefa4f527f4.html
https://yourporn.sexy/post/59f03e0bb1147.html
https://yourporn.sexy/post/59f03e2567835.html
https://yourporn.sexy/post/59f199f555793.html
https://yourporn.sexy/post/59f19d54e9fa2.html
https://yourporn.sexy/post/59f2c45009166.html
https://yourporn.sexy/post/59f3441c8dc41.html
https://yourporn.sexy/post/59f34430bef80.html
https://yourporn.sexy/post/59f3444241bd1.html
https://yourporn.sexy/post/59f3445ccd66b.html
https://yourporn.sexy/post/59f3451cc4b61.html
https://yourporn.sexy/post/59f4452b54a76.html
https://yourporn.sexy/post/59f44db7be48c.html
https://yourporn.sexy/post/59f62c4221c0c.html
https://yourporn.sexy/post/59f6cb4729b47.html

https://yourporn.sexy/post/59f6d1715ef5f.html
https://yourporn.sexy/post/59f850a6e9cdb.html
https://yourporn.sexy/post/59f850f14e7e2.html
https://yourporn.sexy/post/59f948ec7f97d.html
https://yourporn.sexy/post/59f9f24f658f9.html
https://yourporn.sexy/post/59fa08f0307d7.html
https://yourporn.sexy/post/59fac081c947c.html
https://yourporn.sexy/post/59fba6d9fca8a.html
https://yourporn.sexy/post/59fbaace62d1a.html
https://yourporn.sexy/post/59fc25ecc6575.html
https://yourporn.sexy/post/59fc6514c76f2.html
https://yourporn.sexy/post/59fc6aa637440.html
https://yourporn.sexy/post/59fd7371eddd7.html
https://yourporn.sexy/post/59fec80e3edf0.html
https://yourporn.sexy/post/5a001633b9df7.html
https://yourporn.sexy/post/5a001c05d8974.html
https://yourporn.sexy/post/5a01761464fb3.html
https://yourporn.sexy/post/5a01765ff3a18.html
https://yourporn.sexy/post/5a029def567a9.html
https://yourporn.sexy/post/5a029fa1c6e9c.html
https://yourporn.sexy/post/5a047ba61766c.html
https://yourporn.sexy/post/5a049cd89693f.html
https://yourporn.sexy/post/5a056f5d393c1.html
https://yourporn.sexy/post/5a06b2dafeec9.html
https://yourporn.sexy/post/5a06b580d0ce4.html
https://yourporn.sexy/post/5a06b5c41632a.html
https://yourporn.sexy/post/5a0940c4706c2.html
https://yourporn.sexy/post/5a094f58a3f40.html
https://yourporn.sexy/post/5a09af52c181d.html
https://yourporn.sexy/post/5a0a9e1bd2e51.html
https://yourporn.sexy/post/5a0aa27934c90.html
https://yourporn.sexy/post/5a0bf15a5c029.html
https://yourporn.sexy/post/5a0bf1743601a.html
https://yourporn.sexy/post/5a0d46392b8d3.html
https://yourporn.sexy/post/5a0d47d71c168.html
https://yourporn.sexy/post/5a0ea80490ac3.html
https://yourporn.sexy/post/5a0eabc4b595e.html
https://yourporn.sexy/post/5a0f2adef82a8.html
https://yourporn.sexy/post/5a0ff4ba19dbf.html
https://yourporn.sexy/post/5a12779cd52a3.html
https://yourporn.sexy/post/5a132659b87d2.html
https://yourporn.sexy/post/5a13ccc367f93.html
https://yourporn.sexy/post/5a13d6d63dc3e.html
https://yourporn.sexy/post/5a13d7469bbd5.html
https://yourporn.sexy/post/5a14560290420.html
https://yourporn.sexy/post/5a14560de98eb.html
https://yourporn.sexy/post/5a14561d251b3.html
https://yourporn.sexy/post/5a14563359a52.html
https://yourporn.sexy/post/5a145684f17ff.html
https://yourporn.sexy/post/5a1518574c163.html
https://yourporn.sexy/post/5a15198123756.html

https://yourporn.sexy/post/5a167635ae910.html
https://yourporn.sexy/post/5a1679886fbc8.html
https://yourporn.sexy/post/5a17305b5d26e.html
https://yourporn.sexy/post/5a17d4621f2be.html
https://yourporn.sexy/post/5a186e513781f.html
https://yourporn.sexy/post/5a186e5b49f6f.html
https://yourporn.sexy/post/5a186e6b2bc97.html
https://yourporn.sexy/post/5a186e7799a2a.html
https://yourporn.sexy/post/5a191e4f301ad.html
https://yourporn.sexy/post/5a191ff45c847.html
https://yourporn.sexy/post/5a1bb4cfcc452.html
https://yourporn.sexy/post/5a1bb951d5229.html
https://yourporn.sexy/post/5a1d0715ea4ab.html
https://yourporn.sexy/post/5a1d0760b8efb.html
https://yourporn.sexy/post/5a1e56f8e7eb8.html
https://yourporn.sexy/post/5a1e7ca037f27.html
https://yourporn.sexy/post/5a1fa32064293.html
https://yourporn.sexy/post/5a1fa3e3dcaec.html
https://yourporn.sexy/post/5a2104d942659.html
https://yourporn.sexy/post/5a2104fa86866.html
https://yourporn.sexy/post/5a210840862bf.html
https://yourporn.sexy/post/5a224c22f2230.html
https://yourporn.sexy/post/5a23475c5fdbe.html
https://yourporn.sexy/post/5a24f73c84363.html
https://yourporn.sexy/post/5a24f77632858.html
https://yourporn.sexy/post/5a250549d964b.html
https://yourporn.sexy/post/5a25059f0367b.html
https://yourporn.sexy/post/5a2505ebe329b.html
https://yourporn.sexy/post/5a263f9f34c27.html
https://yourporn.sexy/post/5a2645ad65650.html
https://yourporn.sexy/post/5a264617d9630.html
https://yourporn.sexy/post/5a279111450e3.html
https://yourporn.sexy/post/5a27913aaf5c7.html
https://yourporn.sexy/post/5a28f2b9e88f6.html
https://yourporn.sexy/post/5a29667672bf0.html
https://yourporn.sexy/post/5a29668040fb3.html
https://yourporn.sexy/post/5a29668e83fd2.html
https://yourporn.sexy/post/5a2966feb0a2c.html
https://yourporn.sexy/post/5a299f761a1e5.html
https://yourporn.sexy/post/5a2b832a337c7.html
https://yourporn.sexy/post/5a2b889226407.html
https://yourporn.sexy/post/5a2e2c93a93a6.html
https://yourporn.sexy/post/5a2e305eefe26.html
https://yourporn.sexy/post/5a2e3633c0569.html
https://yourporn.sexy/post/5a2e36371d2e7.html
https://yourporn.sexy/post/5a2f7ff5c930d.html
https://yourporn.sexy/post/5a2f8bf5c25c7.html
https://yourporn.sexy/post/5a30de7cf3546.html
https://yourporn.sexy/post/5a3220ba3514a.html
https://yourporn.sexy/post/5a3381a304109.html
https://yourporn.sexy/post/5a3382a72c081.html

https://yourporn.sexy/post/5a33974bc7478.html
https://yourporn.sexy/post/5a33d006d3cd0.html
https://yourporn.sexy/post/5a34c9f7848ff.html
https://yourporn.sexy/post/5a34cbc778758.html
https://yourporn.sexy/post/5a376b84749bc.html
https://yourporn.sexy/post/5a376c462d009.html
https://yourporn.sexy/post/5a376c52acdb0.html
https://yourporn.sexy/post/5a376cdfe897e.html
https://yourporn.sexy/post/5a37793d92853.html
https://yourporn.sexy/post/5a377d731b877.html
https://yourporn.sexy/post/5a38bc6f5fa9a.html
https://yourporn.sexy/post/5a39554269092.html
https://yourporn.sexy/post/5a3a13448e37e.html
https://yourporn.sexy/post/5a3a14bc33271.html
https://yourporn.sexy/post/5a3b75d89bb57.html
https://yourporn.sexy/post/5a3b763b2d0ec.html
https://yourporn.sexy/post/5a3c5b277b5f2.html
https://yourporn.sexy/post/5a3cb2f33b0c9.html
https://yourporn.sexy/post/5a3cc4f57c846.html
https://yourporn.sexy/post/5a3e1430e9a88.html
https://yourporn.sexy/post/5a3e225900d81.html
https://yourporn.sexy/post/5a40a9467021b.html
https://yourporn.sexy/post/5a40bdc8c1f6f.html
https://yourporn.sexy/post/5a4211b93dfe9.html
https://yourporn.sexy/post/5a4355f306abb.html
https://yourporn.sexy/post/5a449e9f8f9b7.html
https://yourporn.sexy/post/5a4579566d51c.html
https://yourporn.sexy/post/5a457b11cdd80.html
https://yourporn.sexy/post/5a45f330525f8.html
https://yourporn.sexy/post/5a4601577adb0.html
https://yourporn.sexy/post/5a460d98edf9d.html
https://yourporn.sexy/post/5a475ccc09f0d.html
https://yourporn.sexy/post/5a48ada947474.html
https://yourporn.sexy/post/5a4a152a7c104.html
https://yourporn.sexy/post/5a4a15871a7f0.html
https://yourporn.sexy/post/5a4b420ac0879.html
https://yourporn.sexy/post/5a4b492053d85.html
https://yourporn.sexy/post/5a4c8e3e5be92.html
https://yourporn.sexy/post/5a4c96875f9f7.html
https://yourporn.sexy/post/5a4d0400c0d22.html
https://yourporn.sexy/post/5a4dee482ca22.html
https://yourporn.sexy/post/5a4df2fc4e897.html
https://yourporn.sexy/post/5a4e00bb01243.html
https://yourporn.sexy/post/5a4e160319ee8.html
https://yourporn.sexy/post/5a4e958681c86.html
https://yourporn.sexy/post/5a4ea15187c8e.html
https://yourporn.sexy/post/5a4ea34445ae9.html
https://yourporn.sexy/post/5a4eaa03edf28.html
https://yourporn.sexy/post/5a4eaf28d3033.html
https://yourporn.sexy/post/5a4f2a05dc8e0.html
https://yourporn.sexy/post/5a509c7256031.html

TUCKER DECL. - 50

https://yourporn.sexy/post/5a533a87bf10a.html
https://yourporn.sexy/post/5a533b14ef527.html
https://yourporn.sexy/post/5a5478e4b18d9.html
https://yourporn.sexy/post/5a55d0a1dfacb.html
https://yourporn.sexy/post/5a55d157b6468.html
https://yourporn.sexy/post/5a566265b1ace.html
https://yourporn.sexy/post/5a5740ae8a6d2.html
https://yourporn.sexy/post/5a5783313380f.html
https://yourporn.sexy/post/5a587a49b9ec9.html
https://yourporn.sexy/post/5a587e11b1ca5.html
https://yourporn.sexy/post/5a5a052caece0.html
https://yourporn.sexy/post/5a5a1391055a1.html
https://yourporn.sexy/post/5a5a13a5d2dfe.html
https://yourporn.sexy/post/5a5a13b734459.html
https://yourporn.sexy/post/5a5a13c9747f9.html
https://yourporn.sexy/post/5a5a142488bb4.html
https://yourporn.sexy/post/5a5b14435a5aa.html
https://yourporn.sexy/post/5a5c5e330de9b.html
https://yourporn.sexy/post/5a5c612bb7f7e.html
https://yourporn.sexy/post/5a5c62ac13d6e.html
https://yourporn.sexy/post/5a5db2026016f.html
https://yourporn.sexy/post/5a5e3a3b47035.html
https://yourporn.sexy/post/5a5e3ee3707b7.html
https://yourporn.sexy/post/5a5e3ef157b2c.html
https://yourporn.sexy/post/5a5e3efe6c975.html
https://yourporn.sexy/post/5a5e3f0d4993b.html
https://yourporn.sexy/post/5a5e3f4eaa7a7.html
https://yourporn.sexy/post/5a5f04eda4f41.html
https://yourporn.sexy/post/5a5f068089850.html
https://yourporn.sexy/post/5a602c4d6b93e.html
https://yourporn.sexy/post/5a61b8693aca9.html
https://yourporn.sexy/post/5a61b8a861b14.html
https://yourporn.sexy/post/5a625ab0caa63.html
https://yourporn.sexy/post/5a625af6662b3.html
https://yourporn.sexy/post/5a625b4c721d0.html
https://yourporn.sexy/post/5a625bc25b3d8.html
https://yourporn.sexy/post/5a625c32169f3.html
https://yourporn.sexy/post/5a62e36612b83.html
https://yourporn.sexy/post/5a62e4150b0e5.html
https://yourporn.sexy/post/5a64ccf8a35b5.html
https://yourporn.sexy/post/5a657f4bea719.html
https://yourporn.sexy/post/5a657f7525720.html
https://yourporn.sexy/post/5a657f8f7d948.html
https://yourporn.sexy/post/5a65fd728cfcf.html
https://yourporn.sexy/post/5a675085396fa.html
https://yourporn.sexy/post/5a682fb97b612.html
https://yourporn.sexy/post/5a683039db89d.html
https://yourporn.sexy/post/5a68332a47e05.html
https://yourporn.sexy/post/5a6862221fac4.html
https://yourporn.sexy/post/5a697dd750933.html
https://yourporn.sexy/post/5a6993bfba52e.html

https://yourporn.sexy/post/5a6ad666cf913.html
https://yourporn.sexy/post/5a6ad8297a688.html
https://yourporn.sexy/post/5a6c326b3ac1b.html
https://yourporn.sexy/post/5a6c480345be2.html
https://yourporn.sexy/post/5a6df6de873ed.html
https://yourporn.sexy/post/5a6ec4742e4cb.html
https://yourporn.sexy/post/5a6eca2fc98be.html
https://yourporn.sexy/post/5a6ece61a7a9d.html
https://yourporn.sexy/post/5a7017216572b.html
https://yourporn.sexy/post/5a70187e243be.html
https://yourporn.sexy/post/5a707918009d5.html
https://yourporn.sexy/post/5a70796376449.html
https://yourporn.sexy/post/5a7079a3d3a01.html
https://yourporn.sexy/post/5a7079d09ad94.html
https://yourporn.sexy/post/5a707a2528e78.html
https://yourporn.sexy/post/5a70990fcbf99.html
https://yourporn.sexy/post/5a709926c9ef5.html
https://yourporn.sexy/post/5a7099e217fcb.html
https://yourporn.sexy/post/5a7099f40426d.html
https://yourporn.sexy/post/5a709a0434876.html
https://yourporn.sexy/post/5a709a1a9b051.html
https://yourporn.sexy/post/5a709a6929f54.html
https://yourporn.sexy/post/5a70aa3dec068.html
https://yourporn.sexy/post/5a7166cb9f644.html
https://yourporn.sexy/post/5a7167098b67a.html
https://yourporn.sexy/post/5a72a8612c31a.html
https://yourporn.sexy/post/5a72c9b94b4ce.html
https://yourporn.sexy/post/5a756a6313a3b.html
https://yourporn.sexy/post/5a756bb090866.html
https://yourporn.sexy/post/5a7575ac252be.html
https://yourporn.sexy/post/5a78088b45599.html
https://yourporn.sexy/post/5a7811020d261.html
https://yourporn.sexy/post/5a7acd9313ecd.html
https://yourporn.sexy/post/5a7b7fb8980d9.html
https://yourporn.sexy/post/5a7bfe81d91fd.html
https://yourporn.sexy/post/5a7c022675b3e.html
https://yourporn.sexy/post/5a7d3ad61e989.html
https://yourporn.sexy/post/5a7d597253ec6.html
https://yourporn.sexy/post/5a7ea7f6c79d1.html
https://yourporn.sexy/post/5a7fffab8c701.html
https://yourporn.sexy/post/5a8140dd4c5cb.html
https://yourporn.sexy/post/5a8148410fc8e.html
https://yourporn.sexy/post/5a814fab4e204.html
https://yourporn.sexy/post/5a81fdac064ab.html
https://yourporn.sexy/post/5a82a7ce7c278.html
https://yourporn.sexy/post/5a83dc11dd77d.html
https://yourporn.sexy/post/5a83e13f87e4a.html
https://yourporn.sexy/post/5a83e24df2ad5.html
https://yourporn.sexy/post/5a8695326439f.html
https://yourporn.sexy/post/5a87104f43f2e.html
https://yourporn.sexy/post/5a87e1e20b4e2.html

https://yourporn.sexy/post/5a8a827ec2598.html
https://yourporn.sexy/post/5a8a894bd6499.html
https://yourporn.sexy/post/5a8a897bb6804.html
https://yourporn.sexy/post/5a8d07101b4be.html
https://yourporn.sexy/post/5a8d176737e76.html
https://yourporn.sexy/post/5a8fd8556e9ae.html
https://yourporn.sexy/post/5a8fd87571383.html
https://yourporn.sexy/post/5a8fe478d369b.html
https://yourporn.sexy/post/5a91266f45d2f.html
https://yourporn.sexy/post/5a912d1fcd907.html
https://yourporn.sexy/post/5a93ac8a01c2c.html
https://yourporn.sexy/post/5a93b22b47509.html
https://yourporn.sexy/post/5a9659ed6c9ed.html
https://yourporn.sexy/post/5a96635b4b96c.html
https://yourporn.sexy/post/5a96639590f6d.html
https://yourporn.sexy/post/5a9a4d1b254bc.html
https://yourporn.sexy/post/5a9ce7da7289f.html
https://yourporn.sexy/post/5a9ceac8f0767.html
https://yourporn.sexy/post/5a9cedaa798b4.html
https://yourporn.sexy/post/5a9dc09279034.html
https://yourporn.sexy/post/5a9ea124976ad.html
https://yourporn.sexy/post/5a9f8c92da0e7.html
https://yourporn.sexy/post/5aa0e4b70835d.html
https://yourporn.sexy/post/5aa23219c3b89.html
https://yourporn.sexy/post/5aa2329e9bff9.html
https://yourporn.sexy/post/5aa232f1a51fa.html
https://yourporn.sexy/post/5aa388dceeae3.html
https://yourporn.sexy/post/5aa3892c8cff4.html
https://yourporn.sexy/post/5aa3e9aa13673.html
https://yourporn.sexy/post/5aa493cf25fd0.html
https://yourporn.sexy/post/5aa4cd0180ad4.html
https://yourporn.sexy/post/5aa5e8904859b.html
https://yourporn.sexy/post/5aa60ec80a709.html
https://yourporn.sexy/post/5aa60ee7f329a.html
https://yourporn.sexy/post/5aa81ff25f864.html
https://yourporn.sexy/post/5aa89c10d9eb2.html
https://yourporn.sexy/post/5aa8c66d9a337.html
https://yourporn.sexy/post/5aa8c71b99911.html
https://yourporn.sexy/post/5aa8c77407150.html
https://yourporn.sexy/post/5aa8c81c9de1e.html
https://yourporn.sexy/post/5aa8cf97b61ec.html
https://yourporn.sexy/post/5aa8d03fc2ede.html
https://yourporn.sexy/post/5aa8d20e674be.html
https://yourporn.sexy/post/5aaa186ab8959.html
https://yourporn.sexy/post/5aaa20cfac69f.html
https://yourporn.sexy/post/5aacccfdcc1e6.html
https://yourporn.sexy/post/5aad6180026b4.html
https://yourporn.sexy/post/5aaf3df79eb19.html
https://yourporn.sexy/post/5aaf3ec0a049d.html
https://yourporn.sexy/post/5ab021f5d5a7f.html
https://yourporn.sexy/post/5ab02203bc999.html

https://yourporn.sexy/post/5ab022132146c.html
https://yourporn.sexy/post/5ab0222627378.html
https://yourporn.sexy/post/5ab022960c082.html
https://yourporn.sexy/post/5ab0d2118817e.html
https://yourporn.sexy/post/5ab211a181161.html
https://yourporn.sexy/post/5ab2204836a31.html
https://yourporn.sexy/post/5ab35faa6d2b8.html
https://yourporn.sexy/post/5ab5fd7f93691.html
https://yourporn.sexy/post/5ab762735166e.html
https://yourporn.sexy/post/5ab7667178ee5.html
https://yourporn.sexy/post/5ab76a957a23e.html
https://yourporn.sexy/post/5ab8b1d9d0592.html
https://yourporn.sexy/post/5ab8b48e805a8.html
https://yourporn.sexy/post/5aba8dbf993a3.html
https://yourporn.sexy/post/5aba8e7e7cb4b.html
https://yourporn.sexy/post/5aba8ed38a709.html
https://yourporn.sexy/post/5aba8eebed5af.html
https://yourporn.sexy/post/5abb500741516.html
https://yourporn.sexy/post/5abb56371b570.html
https://yourporn.sexy/post/5abbe8cd76f16.html
https://yourporn.sexy/post/5abbeb2fd1037.html
https://yourporn.sexy/post/5abbec2c88e8f.html
https://yourporn.sexy/post/5abc35105419b.html
https://yourporn.sexy/post/5abca53007fc8.html
https://yourporn.sexy/post/5abdf322a6f59.html
https://yourporn.sexy/post/5abf3d8f77ac0.html
https://yourporn.sexy/post/5abf3eb1b4451.html
https://yourporn.sexy/post/5abf432289836.html
https://yourporn.sexy/post/5ac1cde2d693b.html
https://yourporn.sexy/post/5ac1cf9a89b5c.html
https://yourporn.sexy/post/5ac380c1bafa3.html
https://yourporn.sexy/post/5ac380d3db07e.html
https://yourporn.sexy/post/5ac380e7b925d.html
https://yourporn.sexy/post/5ac381014240c.html
https://yourporn.sexy/post/5ac38148ae4eb.html
https://yourporn.sexy/post/5ac4972f000e6.html
https://yourporn.sexy/post/5ac49c2a3aee0.html
https://yourporn.sexy/post/5ac5d2dab1fb5.html
https://yourporn.sexy/post/5ac75434efa2f.html
https://yourporn.sexy/post/5ac75484de530.html
https://yourporn.sexy/post/5ac88b951c0ac.html
https://yourporn.sexy/post/5ac9e8a118ac0.html
https://yourporn.sexy/post/5acb1c4e61195.html
https://yourporn.sexy/post/5acb1c759841e.html
https://yourporn.sexy/post/5acb1d6059277.html
https://yourporn.sexy/post/5acc60bf37b16.html
https://yourporn.sexy/post/5acda28e29173.html
https://yourporn.sexy/post/5acdc2c435f70.html
https://yourporn.sexy/post/5acdc5f36af82.html
https://yourporn.sexy/post/5aceb0d387225.html
https://yourporn.sexy/post/5acf18202fc37.html

https://yourporn.sexy/post/5ad11133a170c.html
https://yourporn.sexy/post/5ad1bf844a607.html
https://yourporn.sexy/post/5ad1c068e09ab.html
https://yourporn.sexy/post/5ad1c07dd8d0d.html
https://yourporn.sexy/post/5ad1c09cbb500.html
https://yourporn.sexy/post/5ad1c0cbf014b.html
https://yourporn.sexy/post/5ad1c0e0b3ddf.html
https://yourporn.sexy/post/5ad1c0f367d78.html
https://yourporn.sexy/post/5ad1c108f3442.html
https://yourporn.sexy/post/5ad1c1cbe54ce.html
https://yourporn.sexy/post/5ad1c924a9012.html
https://yourporn.sexy/post/5ad1ca72db690.html
https://yourporn.sexy/post/5ad1cddb1a774.html
https://yourporn.sexy/post/5ad1ce0a111d3.html
https://yourporn.sexy/post/5ad1ce274caff.html
https://yourporn.sexy/post/5ad1cf484f41c.html
https://yourporn.sexy/post/5ad1d22adbf4f.html
https://yourporn.sexy/post/5ad1d2440b3d8.html
https://yourporn.sexy/post/5ad1d26896c60.html
https://yourporn.sexy/post/5ad1d289713b8.html
https://yourporn.sexy/post/5ad46010dd482.html
https://yourporn.sexy/post/5ad465c354a67.html
https://yourporn.sexy/post/5ad5815044900.html
https://yourporn.sexy/post/5ad614d175591.html
https://yourporn.sexy/post/5ad7036ee72cd.html
https://yourporn.sexy/post/5ad79d4993bc6.html
https://yourporn.sexy/post/5ad79dbd0463d.html
https://yourporn.sexy/post/5ad7b0044bf22.html
https://yourporn.sexy/post/5ad7bfa411206.html
https://yourporn.sexy/post/5ad8690ed8f90.html
https://yourporn.sexy/post/5ad869426ba57.html
https://yourporn.sexy/post/5ad99cf00181d.html
https://yourporn.sexy/post/5ad99d018c9b6.html
https://yourporn.sexy/post/5ad9a1dda887f.html
https://yourporn.sexy/post/5ada94c570d8f.html
https://yourporn.sexy/post/5adafaa588b26.html
https://yourporn.sexy/post/5adda6de0d30d.html
https://yourporn.sexy/post/5addaf6bbe485.html
https://yourporn.sexy/post/5adef9bba0e96.html
https://yourporn.sexy/post/5ae03636886ee.html
https://yourporn.sexy/post/5ae036a5e7cc3.html
https://yourporn.sexy/post/5ae036e2be298.html
https://yourporn.sexy/post/5ae0b3476c4f2.html
https://yourporn.sexy/post/5ae1332fac240.html
https://yourporn.sexy/post/5ae13c311b1ad.html
https://yourporn.sexy/post/5ae1674ab002c.html
https://yourporn.sexy/post/5ae18bd76d123.html
https://yourporn.sexy/post/5ae2b0f4da8f5.html
https://yourporn.sexy/post/5ae43f009d3a0.html
https://yourporn.sexy/post/5ae6cb9ccdd8d.html
https://yourporn.sexy/post/5ae6dab7c00bd.html

https://yourporn.sexy/post/5ae6dad1c8ce1.html
https://yourporn.sexy/post/5ae6db33695ff.html
https://yourporn.sexy/post/5ae716010c3ef.html
https://yourporn.sexy/post/5ae9cebd0ec6f.html
https://yourporn.sexy/post/5ae9d05bbfbfd.html
https://yourporn.sexy/post/5aec2c09069be.html
https://yourporn.sexy/post/5aec32294ff52.html
https://yourporn.sexy/post/5aec491956cbe.html
https://yourporn.sexy/post/5aec572831c3e.html
https://yourporn.sexy/post/5aed69867fbfe.html
https://yourporn.sexy/post/5aef3bc2ab6e0.html
https://yourporn.sexy/post/5af0096025b8b.html
https://yourporn.sexy/post/5af009b73f161.html
https://yourporn.sexy/post/5af07c3b9f013.html
https://yourporn.sexy/post/5af07c4ddc0b9.html
https://yourporn.sexy/post/5af07c5966176.html
https://yourporn.sexy/post/5af07c6c4f243.html
https://yourporn.sexy/post/5af07cbc4cc62.html
https://yourporn.sexy/post/5af2a58d3ce86.html
https://yourporn.sexy/post/5af2a5e256467.html
https://yourporn.sexy/post/5af403b641aa1.html
https://yourporn.sexy/post/5af55ada8b386.html
https://yourporn.sexy/post/5af5cd9e1584e.html
https://yourporn.sexy/post/5af69a54c477a.html
https://yourporn.sexy/post/5af8648878658.html
https://yourporn.sexy/post/5af95909c3c34.html
https://yourporn.sexy/post/5af962c2f41f2.html
https://yourporn.sexy/post/5af9cc1cba9c4.html
https://yourporn.sexy/post/5afbb3b296922.html
https://yourporn.sexy/post/5afbfcd19f55a.html
https://yourporn.sexy/post/5afd296351920.html
https://yourporn.sexy/post/5afdcab638d81.html
https://yourporn.sexy/post/5afe5a46bc0e6.html
https://yourporn.sexy/post/5afe5ca84756e.html
https://yourporn.sexy/post/5afefc2290970.html
https://yourporn.sexy/post/5aff33fbcfb90.html
https://yourporn.sexy/post/5aff405d69ea5.html
https://yourporn.sexy/post/5affce114148b.html
https://yourporn.sexy/post/5affdd09757b3.html
https://yourporn.sexy/post/5b0030a773515.html
https://yourporn.sexy/post/5b00393158574.html
https://yourporn.sexy/post/5b006226c748e.html
https://yourporn.sexy/post/5b006275c9b71.html
https://yourporn.sexy/post/5b0069e6deda1.html
https://yourporn.sexy/post/5b009158a0b7e.html
https://yourporn.sexy/post/5b01375548a69.html
https://yourporn.sexy/post/5b0249fa9b321.html
https://yourporn.sexy/post/5b024a1254a98.html
https://yourporn.sexy/post/5b0502468fd96.html
https://yourporn.sexy/post/5b05080b56bc5.html
https://yourporn.sexy/post/5b05ec6b7ea4e.html

https://yourporn.sexy/post/5b0643e786da3.html
https://yourporn.sexy/post/5b066f8e889a3.html
https://yourporn.sexy/post/5b06f6dd258f6.html
https://yourporn.sexy/post/5b07ae2fb4942.html
https://yourporn.sexy/post/5b07db4776e0e.html
https://yourporn.sexy/post/5b086d47ae6d4.html
https://yourporn.sexy/post/5b0917bd5c399.html
https://yourporn.sexy/post/5b097774716c3.html
https://yourporn.sexy/post/5b09777fee8a2.html
https://yourporn.sexy/post/5b09778d99965.html
https://yourporn.sexy/post/5b09779f3615e.html
https://yourporn.sexy/post/5b0977f01ba09.html
https://yourporn.sexy/post/5b0bb27957e52.html
https://yourporn.sexy/post/5b0bc275c3555.html
https://yourporn.sexy/post/5b0bcbccec8f4.html
https://yourporn.sexy/post/5b0cf2527200d.html
https://yourporn.sexy/post/5b0d6755cd2f2.html
https://yourporn.sexy/post/5b0d697c85b98.html
https://yourporn.sexy/post/5b0d7cc39604f.html
https://yourporn.sexy/post/5b0e4e0868dd9.html
https://yourporn.sexy/post/5b0e4e5783b28.html
https://yourporn.sexy/post/5b0e586aa1dd5.html
https://yourporn.sexy/post/5b10dd6abed10.html
https://yourporn.sexy/post/5b10e68685abf.html
https://yourporn.sexy/post/5b1164c3e1a4e.html
https://yourporn.sexy/post/5b12384735647.html
https://yourporn.sexy/post/5b12560401cee.html
https://yourporn.sexy/post/5b12eb607e8ee.html
https://yourporn.sexy/post/5b13ae79ed62d.html
https://yourporn.sexy/post/5b14d5991054e.html
https://yourporn.sexy/post/5b14d5afc2133.html
https://yourporn.sexy/post/5b16b718276bc.html
https://yourporn.sexy/post/5b16b724af2ee.html
https://yourporn.sexy/post/5b16b73bcbf0b.html
https://yourporn.sexy/post/5b16b75b687f1.html
https://yourporn.sexy/post/5b16b7bc3eee5.html
https://yourporn.sexy/post/5b177a5c06af0.html
https://yourporn.sexy/post/5b17c94c97275.html
https://yourporn.sexy/post/5b17ca2414376.html
https://yourporn.sexy/post/5b17cc2c0ce0d.html
https://yourporn.sexy/post/5b17cd1d797ba.html
https://yourporn.sexy/post/5b17cd76cf90d.html
https://yourporn.sexy/post/5b1a2b512b999.html
https://yourporn.sexy/post/5b1a41a57840e.html
https://yourporn.sexy/post/5b1a570e76c8d.html
https://yourporn.sexy/post/5b1aaa8ef2edb.html
https://yourporn.sexy/post/5b1b7b6699a54.html
https://yourporn.sexy/post/5b1b7b9cc2ff4.html
https://yourporn.sexy/post/5b1b9e27d9ae2.html
https://yourporn.sexy/post/5b1dec57aae13.html
https://yourporn.sexy/post/5b1defedadeb2.html

https://yourporn.sexy/post/5b1e37f149781.html
https://yourporn.sexy/post/5b1f7cffd828b.html
https://yourporn.sexy/post/5b20198e2fd18.html
https://yourporn.sexy/post/5b203482bb236.html
https://yourporn.sexy/post/5b20b6a944730.html
https://yourporn.sexy/post/5b20b72b2db31.html
https://yourporn.sexy/post/5b2219c4ae361.html
https://yourporn.sexy/post/5b22b519a106e.html
https://yourporn.sexy/post/5b22b569b86e8.html
https://yourporn.sexy/post/5b22b600de5a8.html
https://yourporn.sexy/post/5b22b64a921b6.html
https://yourporn.sexy/post/5b23813dddbb3.html
https://yourporn.sexy/post/5b238aeb2c718.html
https://yourporn.sexy/post/5b24af22fea4f.html
https://yourporn.sexy/post/5b24b00e173f6.html
https://yourporn.sexy/post/5b24b131fda74.html
https://yourporn.sexy/post/5b24b264147e1.html
https://yourporn.sexy/post/5b24b5c61b300.html
https://yourporn.sexy/post/5b24b9f9815a4.html
https://yourporn.sexy/post/5b24c23b7ee75.html
https://yourporn.sexy/post/5b24c7d52f240.html
https://yourporn.sexy/post/5b24c938cd882.html
https://yourporn.sexy/post/5b275eae4dd57.html
https://yourporn.sexy/post/5b27604ce04a1.html
https://yourporn.sexy/post/5b28afce20404.html
https://yourporn.sexy/post/5b28b02029d21.html
https://yourporn.sexy/post/5b2a0dac56cc6.html
https://yourporn.sexy/post/5b2a17811aff6.html
https://yourporn.sexy/post/5b2b5a7b65847.html
https://yourporn.sexy/post/5b2c8f3f02396.html
https://yourporn.sexy/post/5b2da465f355a.html
https://yourporn.sexy/post/5b2dfc0b2e4de.html
https://yourporn.sexy/post/5b2f48ca98ce6.html
https://yourporn.sexy/post/5b30a8f0c7a24.html
https://yourporn.sexy/post/5b31fa7121fd0.html
https://yourporn.sexy/post/5b31fa89c5128.html
https://yourporn.sexy/post/5b335444a1b3b.html
https://yourporn.sexy/post/5b346457dc11d.html
https://yourporn.sexy/post/5b34674755d67.html
https://yourporn.sexy/post/5b35ea2d5bfe1.html
https://yourporn.sexy/post/5b35eb64a058c.html
https://yourporn.sexy/post/5b35f796c2e0f.html
https://yourporn.sexy/post/5b373d6466e3b.html
https://yourporn.sexy/post/5b374b4e6eaa6.html
https://yourporn.sexy/post/5b378b9cb2987.html
https://yourporn.sexy/post/5b3980fba9b74.html
https://yourporn.sexy/post/5b39d7b95a939.html
https://yourporn.sexy/post/5b39db4b1abcc.html
https://yourporn.sexy/post/5b3b37c0126e0.html
https://yourporn.sexy/post/5b3b43f480794.html
https://yourporn.sexy/post/5b3c8b799fc61.html

https://yourporn.sexy/post/5b3de49983c0e.html
https://yourporn.sexy/post/5b3f1f6e12153.html
https://yourporn.sexy/post/5b3f6bddfde21.html
https://yourporn.sexy/post/5b40800cd7af3.html
https://yourporn.sexy/post/5b41516728f37.html
https://yourporn.sexy/post/5b41b6b248aad.html
https://yourporn.sexy/post/5b4215863d261.html
https://yourporn.sexy/post/5b43190c2d405.html
https://yourporn.sexy/post/5b431947c759c.html
https://yourporn.sexy/post/5b431f30a8e50.html
https://yourporn.sexy/post/5b446add0c0ec.html
https://yourporn.sexy/post/5b45a5f4c6667.html
https://yourporn.sexy/post/5b465be98b1fc.html
https://yourporn.sexy/post/5b465f48cd808.html
https://yourporn.sexy/post/5b46763e08e17.html
https://yourporn.sexy/post/5b47104e7136d.html
https://yourporn.sexy/post/5b4818a38bac7.html
https://yourporn.sexy/post/5b4868bf279f7.html
https://yourporn.sexy/post/5b499b363ca9b.html
https://yourporn.sexy/post/5b4ad721c4037.html
https://yourporn.sexy/post/5b4b5efe2edb1.html
https://yourporn.sexy/post/5b4b5f095bfab.html
https://yourporn.sexy/post/5b4b5f27a3bed.html
https://yourporn.sexy/post/5b4b5f6c03187.html
https://yourporn.sexy/post/5b4b6ec0556d9.html
https://yourporn.sexy/post/5b4b6ecc11b13.html
https://yourporn.sexy/post/5b4b6f1e197b2.html
https://yourporn.sexy/post/5b4c451aead3b.html
https://yourporn.sexy/post/5b4da3728d9dc.html
https://yourporn.sexy/post/5b4ee0dda31a2.html
https://yourporn.sexy/post/5b4ee11fa5772.html
https://yourporn.sexy/post/5b4ee1c3e4fbb.html
https://yourporn.sexy/post/5b4fb5a548c73.html
https://yourporn.sexy/post/5b500aaf6d381.html
https://yourporn.sexy/post/5b5046b29ff44.html
https://yourporn.sexy/post/5b5051667ca32.html
https://yourporn.sexy/post/5b50e9bfe8d74.html
https://yourporn.sexy/post/5b50ef7486720.html
https://yourporn.sexy/post/5b515561aed6a.html
https://yourporn.sexy/post/5b525ee964726.html
https://yourporn.sexy/post/5b526c49d02b5.html
https://yourporn.sexy/post/5b52d60e40609.html
https://yourporn.sexy/post/5b52dfa348100.html
https://yourporn.sexy/post/5b52e6e255eba.html
https://yourporn.sexy/post/5b5518422abe3.html
https://yourporn.sexy/post/5b557d55a4252.html
https://yourporn.sexy/post/5b55850574642.html
https://yourporn.sexy/post/5b56b2caa7fa8.html
https://yourporn.sexy/post/5b56dbea828db.html
https://yourporn.sexy/post/5b58306c30c5f.html
https://yourporn.sexy/post/5b583530a878e.html

https://yourporn.sexy/post/5b58dfd8566cf.html
https://yourporn.sexy/post/5b5979e9add81.html
https://yourporn.sexy/post/5b5ab631e135f.html
https://yourporn.sexy/post/5b5ab69a663c2.html
https://yourporn.sexy/post/5b5ad2f551dec.html
https://yourporn.sexy/post/5b5bbf3271185.html
https://yourporn.sexy/post/5b5bd7714caac.html
https://yourporn.sexy/post/5b5c0f8c7cbd4.html
https://yourporn.sexy/post/5b5c9918d5b81.html
https://yourporn.sexy/post/5b5cde752bdbf.html
https://yourporn.sexy/post/5b5d5321a2de6.html
https://yourporn.sexy/post/5b5e8fc2cf44b.html
https://yourporn.sexy/post/5b5eb5a9dd903.html
https://yourporn.sexy/post/5b5ecd2da3d93.html
https://yourporn.sexy/post/5b5f0f8792b72.html
https://yourporn.sexy/post/5b5fe36c16fec.html
https://yourporn.sexy/post/5b5fec5c8ef6b.html
https://yourporn.sexy/post/5b61458422aab.html
https://yourporn.sexy/post/5b6160c1b8e82.html
https://yourporn.sexy/post/5b61615144c0b.html
https://yourporn.sexy/post/5b61f66c997cb.html
https://yourporn.sexy/post/5b623e4df64c7.html
https://yourporn.sexy/post/5b627b8414e91.html
https://yourporn.sexy/post/5b6281c783959.html
https://yourporn.sexy/post/5b6314ebc8e35.html
https://yourporn.sexy/post/5b632c172edc5.html
https://yourporn.sexy/post/5b632c6d38f75.html
https://yourporn.sexy/post/5b632c890cc45.html
https://yourporn.sexy/post/5b63717c58dc4.html
https://yourporn.sexy/post/5b63b05509ef7.html
https://yourporn.sexy/post/5b63c459925a5.html
https://yourporn.sexy/post/5b63f09948779.html
https://yourporn.sexy/post/5b646d91f9b61.html
https://yourporn.sexy/post/5b6492b812cf7.html
https://yourporn.sexy/post/5b6551ec6dcaa.html
https://yourporn.sexy/post/5b668b7c9fc5c.html
https://yourporn.sexy/post/5b66924383e33.html
https://yourporn.sexy/post/5b669652c8549.html
https://yourporn.sexy/post/5b67b037b8b4e.html
https://yourporn.sexy/post/5b67eda248403.html
https://yourporn.sexy/post/5b683ff8917e6.html
https://yourporn.sexy/post/5b687af37c862.html
https://yourporn.sexy/post/5b68fca9cadb5.html
https://yourporn.sexy/post/5b6950a7395b8.html
https://yourporn.sexy/post/5b6951f2317fa.html
https://yourporn.sexy/post/5b6aa0829ccdf.html
https://yourporn.sexy/post/5b6aa742ea60f.html
https://yourporn.sexy/post/5b6bc953a8124.html
https://yourporn.sexy/post/5b6c3d5947ecf.html
https://yourporn.sexy/post/5b6cc83ae3476.html
https://yourporn.sexy/post/5b6d1716310f0.html

https://yourporn.sexy/post/5b6d1718df0dc.html
https://yourporn.sexy/post/5b6d2ad33ba65.html
https://yourporn.sexy/post/5b6d676b85943.html
https://yourporn.sexy/post/5b6dd1193fa1c.html
https://yourporn.sexy/post/5b6e55318aef4.html
https://yourporn.sexy/post/5b6e5739821b8.html
https://yourporn.sexy/post/5b6e696549690.html
https://yourporn.sexy/post/5b6e6b923563f.html
https://yourporn.sexy/post/5b6e8de12e2d6.html
https://yourporn.sexy/post/5b6fb8048d7e6.html
https://yourporn.sexy/post/5b710bfb5b53f.html
https://yourporn.sexy/post/5b727920b1c0a.html
https://yourporn.sexy/post/5b73ac0be83a6.html
https://yourporn.sexy/post/5b73af88ebb73.html
https://yourporn.sexy/post/5b73d5fa2c1b8.html
https://yourporn.sexy/post/5b74573f45aa9.html
https://yourporn.sexy/post/5b75011421e89.html
https://yourporn.sexy/post/5b75519a6659c.html
https://yourporn.sexy/post/5b76130e81a4d.html
https://yourporn.sexy/post/5b763eecc13c3.html
https://yourporn.sexy/post/5b7650bdc19e5.html
https://yourporn.sexy/post/5b765524fdb2b.html
https://yourporn.sexy/post/5b7727aff94a6.html
https://yourporn.sexy/post/5b772fffbc42d.html
https://yourporn.sexy/post/5b773d98ec4a8.html
https://yourporn.sexy/post/5b7751f86bb1d.html
https://yourporn.sexy/post/5b77738839eab.html
https://yourporn.sexy/post/5b77888a1ff78.html
https://yourporn.sexy/post/5b779da7838f0.html
https://yourporn.sexy/post/5b77a4a38c305.html
https://yourporn.sexy/post/5b77a7da3e612.html
https://yourporn.sexy/post/5b77ace6b46d2.html
https://yourporn.sexy/post/5b77c689a4db3.html
https://yourporn.sexy/post/5b77ddb8bd7c3.html
https://yourporn.sexy/post/5b77e34d855a7.html
https://yourporn.sexy/post/5b78578200e3e.html
https://yourporn.sexy/post/5b7869be76300.html
https://yourporn.sexy/post/5b787356d4380.html
https://yourporn.sexy/post/5b78ee0f2aa07.html
https://yourporn.sexy/post/5b79033ed7279.html
https://yourporn.sexy/post/5b791b1e70e26.html
https://yourporn.sexy/post/5b79a27489705.html
https://yourporn.sexy/post/5b79b5bd75d10.html
https://yourporn.sexy/post/5b7a13695f63d.html
https://yourporn.sexy/post/5b7a27934ceb0.html
https://yourporn.sexy/post/5b7a43f447b80.html
https://yourporn.sexy/post/5b7a4a0f3f080.html
https://yourporn.sexy/post/5b7a719c7f2dc.html
https://yourporn.sexy/post/5b7a8f66688b8.html
https://yourporn.sexy/post/5b7aebe374f71.html
https://yourporn.sexy/post/5b7b2a2047e35.html

https://yourporn.sexy/post/5b7b422ec54fc.html
https://yourporn.sexy/post/5b7b54dd0d319.html
https://yourporn.sexy/post/5b7b8c4687031.html
https://yourporn.sexy/post/5b7c66526ac42.html
https://yourporn.sexy/post/5b7c939450c46.html
https://yourporn.sexy/post/5b7c9662e5d94.html
https://yourporn.sexy/post/5b7ca9ad8be08.html
https://yourporn.sexy/post/5b7cbd44a9c72.html
https://yourporn.sexy/post/5b7cc1ccffcfa.html
https://yourporn.sexy/post/5b7cca4ce49da.html
https://yourporn.sexy/post/5b7ce66b9873e.html
https://yourporn.sexy/post/5b7cf3c9c6785.html
https://yourporn.sexy/post/5b7d00f4d7fbd.html
https://yourporn.sexy/post/5b7d076e0ebe5.html
https://yourporn.sexy/post/5b7d971310d18.html
https://yourporn.sexy/post/5b7e50e11f0af.html
https://yourporn.sexy/post/5b7e54619cea7.html
https://yourporn.sexy/post/5b7e952135caa.html
https://yourporn.sexy/post/5b7ea14621632.html
https://yourporn.sexy/post/5b7eca44d6953.html
https://yourporn.sexy/post/5b7f2e0002e6a.html
https://yourporn.sexy/post/5b7f867c7af63.html
https://yourporn.sexy/post/5b804da5f8b8f.html
https://yourporn.sexy/post/5b805ecb3478e.html
https://yourporn.sexy/post/5b80e7aab38b4.html
https://yourporn.sexy/post/5b80f3fec4beb.html
https://yourporn.sexy/post/5b811622c43c6.html
https://yourporn.sexy/post/5b8166c08c7d7.html
https://yourporn.sexy/post/5b81a3a3ed72f.html
https://yourporn.sexy/post/5b82993190556.html
https://yourporn.sexy/post/5b82c5504df4e.html
https://yourporn.sexy/post/5b831f25621a6.html
https://yourporn.sexy/post/5b83207517f74.html
https://yourporn.sexy/post/5b8328c5e87cc.html
https://yourporn.sexy/post/5b83325121fe2.html
https://yourporn.sexy/post/5b833366bdf34.html
https://yourporn.sexy/post/5b83559aa9c7a.html
https://yourporn.sexy/post/5b83aebe9b4ab.html
https://yourporn.sexy/post/5b83d6d92d15e.html
https://yourporn.sexy/post/5b85015ecf78c.html
https://yourporn.sexy/post/5b8512a1ad8fd.html
https://yourporn.sexy/post/5b85269ba893a.html
https://yourporn.sexy/post/5b852f6f3fabb.html
https://yourporn.sexy/post/5b858b10bdb2b.html
https://yourporn.sexy/post/5b85cbec9e857.html
https://yourporn.sexy/post/5b85cf6adba09.html
https://yourporn.sexy/post/5b86031b26159.html
https://yourporn.sexy/post/5b8634170827e.html
https://yourporn.sexy/post/5b866ac91604d.html
https://yourporn.sexy/post/5b86a043abe1f.html
https://yourporn.sexy/post/5b86a3f49f4a8.html

TUCKER DECL. - 62

https://yourporn.sexy/post/5b86ab3e7d971.html
https://yourporn.sexy/post/5b86bccea405d.html
https://yourporn.sexy/post/5b86bee63f610.html
https://yourporn.sexy/post/5b86c18a6b5e9.html
https://yourporn.sexy/post/5b86f3ca04a9a.html
https://yourporn.sexy/post/5b86f423eed4e.html
https://yourporn.sexy/post/5b86fdd461fa6.html
https://yourporn.sexy/post/5b870b781d0e6.html
https://yourporn.sexy/post/5b87486ae8743.html
https://yourporn.sexy/post/5b87aa582218e.html
https://yourporn.sexy/post/5b8832607314e.html
https://yourporn.sexy/post/5b883782d9764.html
https://yourporn.sexy/post/5b886ed5c2246.html
https://yourporn.sexy/post/5b887bbba60cf.html
https://yourporn.sexy/post/5b88a2a87d473.html
https://yourporn.sexy/post/5b88b9450b560.html
https://yourporn.sexy/post/5b896e8176bb1.html
https://yourporn.sexy/post/5b8981f340976.html
https://yourporn.sexy/post/5b898b542e423.html
https://yourporn.sexy/post/5b89aa4366c78.html
https://yourporn.sexy/post/5b8a281b76e65.html
https://yourporn.sexy/post/5b8a434b03744.html
https://yourporn.sexy/post/5b8acf2486415.html
https://yourporn.sexy/post/5b8b0ed01e8ff.html
https://yourporn.sexy/post/5b8cba2dcbcc0.html
https://yourporn.sexy/post/5b8d93a30f553.html
https://yourporn.sexy/post/5b8e1ee168329.html
https://yourporn.sexy/post/5b8eda8525478.html
https://yourporn.sexy/post/5b8f2f2e57c73.html
https://yourporn.sexy/post/5b8f32b44d205.html
https://yourporn.sexy/post/5b9089442a9dc.html
https://yourporn.sexy/post/5b908afac893b.html
https://yourporn.sexy/post/5b90a93b265b1.html
https://yourporn.sexy/post/5b90d240ab582.html
https://yourporn.sexy/post/5b91516903b36.html
https://yourporn.sexy/post/5b91c483429e1.html
https://yourporn.sexy/post/5b91ca0e625fc.html
https://yourporn.sexy/post/5b92b921d367e.html
https://yourporn.sexy/post/5b93489304674.html
https://yourporn.sexy/post/5b93526556512.html
https://yourporn.sexy/post/5b947c827fd9c.html
https://yourporn.sexy/post/5b94d0933bef1.html
https://yourporn.sexy/post/5b95000fb1e4c.html
https://yourporn.sexy/post/5b95143a72c19.html
https://yourporn.sexy/post/5b96757e151d7.html
https://yourporn.sexy/post/5b967862bfc61.html
https://yourporn.sexy/post/5b96d1dfe9439.html
https://yourporn.sexy/post/5b96e586bbfa0.html
https://yourporn.sexy/post/5b96e6564e33a.html
https://yourporn.sexy/post/5b96f05444b16.html
https://yourporn.sexy/post/5b96f6ecbf36a.html

https://yourporn.sexy/post/5b9701ba14177.html
https://yourporn.sexy/post/5b9704a5bada2.html
https://yourporn.sexy/post/5b9705366b0a9.html
https://yourporn.sexy/post/5b9706ee0cb5a.html
https://yourporn.sexy/post/5b974ce9a05e0.html
https://yourporn.sexy/post/5b97e319a583b.html
https://yourporn.sexy/post/5b97e37e2bafe.html
https://yourporn.sexy/post/5b985fbd95aa3.html
https://yourporn.sexy/post/5b986842f3dae.html
https://yourporn.sexy/post/5b99379fd9f0d.html
https://yourporn.sexy/post/5b9937e2efeb5.html
https://yourporn.sexy/post/5b9acce0f62ef.html
https://yourporn.sexy/post/5b9aef8bbbb18.html
https://yourporn.sexy/post/5b9bd330f3e93.html
https://yourporn.sexy/post/5b9c26e730e32.html
https://yourporn.sexy/post/5b9d35d6100d9.html
https://yourporn.sexy/post/5b9d7a90c9e00.html
https://yourporn.sexy/post/5b9e775f85165.html
https://yourporn.sexy/post/5b9e7cbefab85.html
https://yourporn.sexy/post/5b9fc86cbc5b8.html
https://yourporn.sexy/post/5b9fcf5d80e36.html
https://yourporn.sexy/post/5b9fe2ee7a775.html
https://yourporn.sexy/post/5b9fe41739802.html
https://yourporn.sexy/post/5b9ffb0f2aa20.html
https://yourporn.sexy/post/5ba008c0a801f.html
https://yourporn.sexy/post/5ba11a3ae7989.html
https://yourporn.sexy/post/5ba25f80f5e5b.html
https://yourporn.sexy/post/5ba26f3344c85.html
https://yourporn.sexy/post/5ba3bb557daf9.html
https://yourporn.sexy/post/5ba50bd864a5b.html
https://yourporn.sexy/post/5ba50c3071ff1.html
https://yourporn.sexy/post/5ba5131cd67b4.html
https://yourporn.sexy/post/5ba664ba89be9.html
https://yourporn.sexy/post/5ba66681f19e6.html
https://yourporn.sexy/post/5ba743a05687b.html
https://yourporn.sexy/post/5ba7abcbbb9d2.html
https://yourporn.sexy/post/5ba80282c4d4c.html
https://yourporn.sexy/post/5ba809583f697.html
https://yourporn.sexy/post/5ba813056cf3f.html
https://yourporn.sexy/post/5ba81a54a6a9e.html
https://yourporn.sexy/post/5ba8e333aeb23.html
https://yourporn.sexy/post/5ba8febb52096.html
https://yourporn.sexy/post/5baa53ec135b2.html
https://yourporn.sexy/post/5baa5a08b5f46.html
https://yourporn.sexy/post/5baa5ae402c97.html
https://yourporn.sexy/post/5baa5cf60587d.html
https://yourporn.sexy/post/5baa5db9fab3a.html
https://yourporn.sexy/post/5baaa4a40b807.html
https://yourporn.sexy/post/5bab582f99a5a.html
https://yourporn.sexy/post/5bab5b44b0883.html
https://yourporn.sexy/post/5babab451dbfd.html

https://yourporn.sexy/post/5babb7466fdeb.html
https://yourporn.sexy/post/5babbac269055.html
https://yourporn.sexy/post/5bacf5ff43dfe.html
https://yourporn.sexy/post/5bacf7c05d378.html
https://yourporn.sexy/post/5bad3ce1caeb0.html
https://yourporn.sexy/post/5bad5df454417.html
https://yourporn.sexy/post/5bae156c161a6.html
https://yourporn.sexy/post/5bae39bb48a4f.html
https://yourporn.sexy/post/5bae461e9eac6.html
https://yourporn.sexy/post/5baf825d2c2cb.html
https://yourporn.sexy/post/5baf92dab313d.html
https://yourporn.sexy/post/5bafa08f508f9.html
https://yourporn.sexy/post/5bafa2097fd3c.html
https://yourporn.sexy/post/5bafedac957ad.html
https://yourporn.sexy/post/5baff2897447e.html
https://yourporn.sexy/post/5baff7c80eb69.html
https://yourporn.sexy/post/5bb0ded3e77d2.html
https://yourporn.sexy/post/5bb0e5aea0269.html
https://yourporn.sexy/post/5bb126ff7c3c3.html
https://yourporn.sexy/post/5bb1fed795189.html
https://yourporn.sexy/post/5bb2020bbaeab.html
https://yourporn.sexy/post/5bb20894004fc.html
https://yourporn.sexy/post/5bb209b1ff0a4.html
https://yourporn.sexy/post/5bb20a9b0ebfb.html
https://yourporn.sexy/post/5bb23abf92587.html
https://yourporn.sexy/post/5bb244ba5ffe1.html
https://yourporn.sexy/post/5bb2943f5f555.html
https://yourporn.sexy/post/5bb38acb8519a.html
https://yourporn.sexy/post/5bb405f546de8.html
https://yourporn.sexy/post/5bb4dca1efcfa.html
https://yourporn.sexy/post/5bb4f4229181e.html
https://yourporn.sexy/post/5bb506dd2e670.html
https://yourporn.sexy/post/5bb5082b73eab.html
https://yourporn.sexy/post/5bb50ece39de6.html
https://yourporn.sexy/post/5bb50ee90c6c2.html
https://yourporn.sexy/post/5bb510da71feb.html
https://yourporn.sexy/post/5bb5227a0b4e8.html
https://yourporn.sexy/post/5bb523e84e3e4.html
https://yourporn.sexy/post/5bb5269d179f1.html
https://yourporn.sexy/post/5bb52f6568052.html
https://yourporn.sexy/post/5bb5312214a61.html
https://yourporn.sexy/post/5bb53fa40d0fe.html
https://yourporn.sexy/post/5bb7801bbe47e.html
https://yourporn.sexy/post/5bb783c4ff937.html
https://yourporn.sexy/post/5bb8d07bd01b1.html
https://yourporn.sexy/post/5bb8d3f94f9e9.html
https://yourporn.sexy/post/5bba28a4fbd28.html
https://yourporn.sexy/post/5bbad3921dd9c.html
https://yourporn.sexy/post/5bbb081ecab66.html
https://yourporn.sexy/post/5bbb76171e175.html
https://yourporn.sexy/post/5bbbc1e615083.html

https://yourporn.sexy/post/5bbbdb9dd9095.html
https://yourporn.sexy/post/5bbc61f4e1f6a.html
https://yourporn.sexy/post/5bbc844f6db26.html
https://yourporn.sexy/post/5bbc874579a3f.html
https://yourporn.sexy/post/5bbcaab152cf2.html
https://yourporn.sexy/post/5bbccda201551.html
https://yourporn.sexy/post/5bbdad9b155f5.html
https://yourporn.sexy/post/5bbdaf3527411.html
https://yourporn.sexy/post/5bbdb00eee1d2.html
https://yourporn.sexy/post/5bbdb0db669d7.html
https://yourporn.sexy/post/5bbdb3cee7907.html
https://yourporn.sexy/post/5bbe17bb776ad.html
https://yourporn.sexy/post/5bbe1f00cdc0d.html
https://yourporn.sexy/post/5bbf672a58b9c.html
https://yourporn.sexy/post/5bbf68eb55a15.html
https://yourporn.sexy/post/5bbf699e95211.html
https://yourporn.sexy/post/5bbf6d0604a93.html
https://yourporn.sexy/post/5bbf77690d396.html
https://yourporn.sexy/post/5bc07b8b28180.html
https://yourporn.sexy/post/5bc07c2fe7fd3.html
https://yourporn.sexy/post/5bc07c9c338fb.html
https://yourporn.sexy/post/5bc07d947ad65.html
https://yourporn.sexy/post/5bc09f863b76c.html
https://yourporn.sexy/post/5bc0a2dcc91e3.html
https://yourporn.sexy/post/5bc0bda78b994.html
https://yourporn.sexy/post/5bc0cc38387a9.html
https://yourporn.sexy/post/5bc1bac382d76.html
https://yourporn.sexy/post/5bc21f9e91ea3.html
https://yourporn.sexy/post/5bc255325f12a.html
https://yourporn.sexy/post/5bc271a7a3572.html
https://yourporn.sexy/post/5bc3252b155a4.html
https://yourporn.sexy/post/5bc32733d4328.html
https://yourporn.sexy/post/5bc33368fb9a7.html
https://yourporn.sexy/post/5bc335a497789.html
https://yourporn.sexy/post/5bc36135dc181.html
https://yourporn.sexy/post/5bc3aaa80e783.html
https://yourporn.sexy/post/5bc3b89bf1058.html
https://yourporn.sexy/post/5bc3c5c1e5237.html
https://yourporn.sexy/post/5bc3ca094a2dd.html
https://yourporn.sexy/post/5bc4887861aa0.html
https://yourporn.sexy/post/5bc48ae9ebc74.html
https://yourporn.sexy/post/5bc48b762ffa0.html
https://yourporn.sexy/post/5bc48e2bf0a39.html
https://yourporn.sexy/post/5bc4b2e9056f3.html
https://yourporn.sexy/post/5bc4c0f026421.html
https://yourporn.sexy/post/5bc4ce7e8fff9.html
https://yourporn.sexy/post/5bc4d9a24715f.html
https://yourporn.sexy/post/5bc4e29972277.html
https://yourporn.sexy/post/5bc4fc01e0ea7.html
https://yourporn.sexy/post/5bc4fcbaba5ea.html
https://yourporn.sexy/post/5bc5071b6099a.html

https://yourporn.sexy/post/5bc508d3591ec.html
https://yourporn.sexy/post/5bc50e1a780fc.html
https://yourporn.sexy/post/5bc601a9c2cf9.html
https://yourporn.sexy/post/5bc6031fab928.html
https://yourporn.sexy/post/5bc603bd7d98a.html
https://yourporn.sexy/post/5bc60de706eda.html
https://yourporn.sexy/post/5bc612059caf3.html
https://yourporn.sexy/post/5bc615358647a.html
https://yourporn.sexy/post/5bc6159b6b541.html
https://yourporn.sexy/post/5bc616334bba0.html
https://yourporn.sexy/post/5bc62239f182b.html
https://yourporn.sexy/post/5bc6296838a12.html
https://yourporn.sexy/post/5bc629d5a2140.html
https://yourporn.sexy/post/5bc629ea2c792.html
https://yourporn.sexy/post/5bc633abc13b1.html
https://yourporn.sexy/post/5bc633e9585b2.html
https://yourporn.sexy/post/5bc70d9a15642.html
https://yourporn.sexy/post/5bc728b6fdfc5.html
https://yourporn.sexy/post/5bc759c0a780d.html
https://yourporn.sexy/post/5bc78c43bd99e.html
https://yourporn.sexy/post/5bc7914e96748.html
https://yourporn.sexy/post/5bc7960dccd15.html
https://yourporn.sexy/post/5bc7975a28a39.html
https://yourporn.sexy/post/5bc79e78699f1.html
https://yourporn.sexy/post/5bc7a05f99995.html
https://yourporn.sexy/post/5bc843a89b5c4.html
https://yourporn.sexy/post/5bc847648b0ea.html
https://yourporn.sexy/post/5bc84dc95d090.html
https://yourporn.sexy/post/5bc87b2a662a2.html
https://yourporn.sexy/post/5bc8a422f0434.html
https://yourporn.sexy/post/5bc8a8919289e.html
https://yourporn.sexy/post/5bc8bf3fe1c95.html
https://yourporn.sexy/post/5bc8bfb22a4ea.html
https://yourporn.sexy/post/5bc8c14ed033f.html
https://yourporn.sexy/post/5bc8c1dfed6ca.html
https://yourporn.sexy/post/5bc8c408ad3ea.html
https://yourporn.sexy/post/5bc8c5dc02023.html
https://yourporn.sexy/post/5bc8c72a93c28.html
https://yourporn.sexy/post/5bc8ffb224def.html
https://yourporn.sexy/post/5bc9e159fec0d.html
https://yourporn.sexy/post/5bc9f1bd7dd38.html
https://yourporn.sexy/post/5bc9f753d31cd.html
https://yourporn.sexy/post/5bc9fa7a4cc69.html
https://yourporn.sexy/post/5bca19ec11e7e.html
https://yourporn.sexy/post/5bca1f57ea87f.html
https://yourporn.sexy/post/5bca255fc7edc.html
https://yourporn.sexy/post/5bca3d9205a46.html
https://yourporn.sexy/post/5bcb73ad8cddc.html
https://yourporn.sexy/post/5bcba99c7137a.html
https://yourporn.sexy/post/5bcbf384b8774.html
https://yourporn.sexy/post/5bcc02572a60c.html

https://yourporn.sexy/post/5bcc2cb0243e6.html
https://yourporn.sexy/post/5bcc4e7692b66.html
https://yourporn.sexy/post/5bcc534dcd60f.html
https://yourporn.sexy/post/5bcc5547ddc43.html
https://yourporn.sexy/post/5bcc56fd56ef0.html
https://yourporn.sexy/post/5bcc5a072b9b4.html
https://yourporn.sexy/post/5bcc5d6677225.html
https://yourporn.sexy/post/5bcc618d6503d.html
https://yourporn.sexy/post/5bcc6620ef8fc.html
https://yourporn.sexy/post/5bcc685fa89d1.html
https://yourporn.sexy/post/5bcc70912e6e6.html
https://yourporn.sexy/post/5bcc74fe3feb9.html
https://yourporn.sexy/post/5bcc78c9ac211.html
https://yourporn.sexy/post/5bcc825079d56.html
https://yourporn.sexy/post/5bcc839b919c0.html
https://yourporn.sexy/post/5bcc9ea7ef759.html
https://yourporn.sexy/post/5bcca4dd038e0.html
https://yourporn.sexy/post/5bccf2e19ace5.html
https://yourporn.sexy/post/5bcd3e4eb6918.html
https://yourporn.sexy/post/5bcdf02ce9fa3.html
https://yourporn.sexy/post/5bce0341b3b01.html
https://yourporn.sexy/post/5bce068381865.html
https://yourporn.sexy/post/5bce0916f398f.html
https://yourporn.sexy/post/5bce110e41a3d.html
https://yourporn.sexy/post/5bce16be8da4b.html
https://yourporn.sexy/post/5bce1b9ed58ac.html
https://yourporn.sexy/post/5bce1d849af66.html
https://yourporn.sexy/post/5bce1de77b97c.html
https://yourporn.sexy/post/5bce22f414ae0.html
https://yourporn.sexy/post/5bce26e0ffd6b.html
https://yourporn.sexy/post/5bce2a6a46a3f.html
https://yourporn.sexy/post/5bce33f45c431.html
https://yourporn.sexy/post/5bce3fd734232.html
https://yourporn.sexy/post/5bcf11a01dcd8.html
https://yourporn.sexy/post/5bcf1398a964a.html
https://yourporn.sexy/post/5bcf218f5a45c.html
https://yourporn.sexy/post/5bcf369dd83cc.html
https://yourporn.sexy/post/5bcf568950b06.html
https://yourporn.sexy/post/5bcfad484f78f.html
https://yourporn.sexy/post/5bcfc49d21d63.html
https://yourporn.sexy/post/5bcfdbd2d89e6.html
https://yourporn.sexy/post/5bd052beee487.html
https://yourporn.sexy/post/5bd054fac3fe3.html
https://yourporn.sexy/post/5bd0652679ec5.html
https://yourporn.sexy/post/5bd0906771e65.html
https://yourporn.sexy/post/5bd094424a384.html
https://yourporn.sexy/post/5bd097b98b009.html
https://yourporn.sexy/post/5bd099d2f4628.html
https://yourporn.sexy/post/5bd1bc797794b.html
https://yourporn.sexy/post/5bd2d4fc0e403.html
https://yourporn.sexy/post/5bd33578742a9.html

TUCKER DECL. - 68

https://yourporn.sexy/post/5bd38d5847861.html
https://yourporn.sexy/post/5bd39f24bb78a.html
https://yourporn.sexy/post/5bd44b112e019.html
https://yourporn.sexy/post/5bd461f3eb628.html
https://yourporn.sexy/post/5bd481a8856b3.html
https://yourporn.sexy/post/5bd601906a1f7.html
https://yourporn.sexy/post/5bd65063afc8a.html
https://yourporn.sexy/post/5bd6ff135fe31.html
https://yourporn.sexy/post/5bd70ada36f4d.html
https://yourporn.sexy/post/5bd72a46e439b.html
https://yourporn.sexy/post/5bd73534975ec.html
https://yourporn.sexy/post/5bd741f5ae32b.html
https://yourporn.sexy/post/5bd7433acfdc8.html
https://yourporn.sexy/post/5bd7879071ff0.html
https://yourporn.sexy/post/5bd8c8d6fd4cf.html
https://yourporn.sexy/post/5bda0c70cd0df.html
https://yourporn.sexy/post/5bdad97eb632a.html
https://yourporn.sexy/post/5bdc972c4dc65.html
https://yourporn.sexy/post/5bdcafa3a1c8a.html
https://yourporn.sexy/post/5be2b6964ac11.html
https://yourporn.sexy/post/5be36eada0052.html
https://yourporn.sexy/post/5be477d0037c0.html
https://yourporn.sexy/post/5be48045d7ee8.html
https://s4.trafficdeposit.com//blog/vid/3363005651/5661c29c5e16e/full.jpg
https://s4.trafficdeposit.com//blog/vid/3363005651/56680e1806621/full.jpg
https://s4.trafficdeposit.com//blog/vid/3363005651/56684625d5d55/full.jpg
https://s4.trafficdeposit.com//blog/vid/3363005651/5669dde680b6f/full.jpg
https://s4.trafficdeposit.com//blog/vid/3363005651/566c012d3a7c8/full.jpg
https://s4.trafficdeposit.com//blog/vid/3363005651/566c13acc4969/full.jpg
https://s4.trafficdeposit.com//blog/vid/3363005651/566c1442d34da/full.jpg
https://s4.trafficdeposit.com//blog/vid/3363005651/566c1b381b2c3/full.jpg
https://s4.trafficdeposit.com//blog/vid/3363005651/566c1de9619d1/full.jpg
https://s4.trafficdeposit.com//blog/vid/3363005651/566c254209f26/full.jpg
https://s4.trafficdeposit.com//blog/vid/3363005651/566ee1f27170c/full.jpg
https://s4.trafficdeposit.com//blog/vid/3363005651/566ee2a36e000/full.jpg
https://s4.trafficdeposit.com//blog/vid/3363005651/566ee37bf1e2a/full.jpg
https://s4.trafficdeposit.com//blog/vid/3363005651/566ee8afb4193/full.jpg
https://s4.trafficdeposit.com//blog/vid/3363005651/566ee9d9924c1/full.jpg
https://s4.trafficdeposit.com//blog/vid/3363005651/566f3abc5aaa9/full.jpg
https://s4.trafficdeposit.com//blog/vid/3363005651/56784f32bf275/full.jpg
https://s5.trafficdeposit.com//blog/vid/3363005651/567d1bde616bb/full.jpg
https://s5.trafficdeposit.com//blog/vid/3363005651/567d1d6dc0360/full.jpg
https://s5.trafficdeposit.com//blog/vid/3363005651/5684f0a9ce7f6/full.jpg
https://s5.trafficdeposit.com//blog/vid/3363005651/5684f67e08f10/full.jpg
https://s5.trafficdeposit.com//blog/vid/3363005651/5684f7ae06cf4/full.jpg
https://s5.trafficdeposit.com/bvideo/dpJEaHGJajWxpeF-1zclyA/1543946992/3363005651/56afb1e994c2e.mp4
https://s18.trafficdeposit.com/bvideo/aNRuRm4d2-
t8uEmuWNAVbQ/1543946687/5bc739b2541f4/5bd054fac3fe3.mp4

Location of original works: https://www.pornpros.com

This correspondence and all of its contents is without prejudice to AMA MULTIMEDIA LLC or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

s/Jason Tucker

Jason Tucker
Agent for AMA MULTIMEDIA LLC
d/b/a PORNPROS.COM


Jason Tucker
The email you have received from this company and individual and any file attachments(s) are confidential and intended solely for use by the identified recipient(s). If you received this message in error, please notify the sender and delete the message and any copies completely from your computer. Distribution or copying of this communication, in whole or in part, by any unauthorized recipient is prohibited and may subject you to liability.  All rights reserved.

TUCKER DECL. - 70