

**In Re DMCA Subpoena to Cloudflare  - 1 of 5 on behalf of AMA Multimedia , LLC**

**Deborah Johnson-Perea**   to:  newcases.tacoma@wawd.uscourts.gov   12/05/2018 08:13 PM

Cc:  'Spencer Freeman'

TO:  Clerk of the United States District Court, Western District of Washington

This office represents AMA Multimedia, LLC ("AMA") in its request for issuance of a Subpoena to Cloudflare, Inc. pursuant to U.S.C. § 512(h) ("DMCA Subpoena").  The DMCA Subpoena requests the identification of infringers of AMA's copyrighted material.  For your information, this is the first of three (3) requests for DMCA Subpoenas to Cloudflare that you will receive on behalf of AMA, as the infringements involve three separate domains under Cloudflare's control.  It will facilitate a more organized response from Cloudflare to have separate Subpoenas served on it regarding each domain.

To this end, the following documents are attached pursuant to the statute's requirements to enable to Clerk to issue such Subpoena:

- Letter requesting the Clerk's issuance of the DMCA Subpoena;
- Proposed DMCA Subpoena to Cloudflare (re yourporn.sexy); and
- Sworn Declaration of Jason Tucker in support of the DMCA Subpoena.

Both the Subpoena and Declaration attach a copy of the notification issued under 17 U.S.C. § 512(c)(3)(A) to the DMCA Agent for service provider Cloudflare.  In consideration of the materials submitted with this email, we believe you have the necessary documentation to enable issuance of the requested DMCA Subpoena.

We understand that you will assign a miscellaneous case number to this matter and that once the number is assigned, you will call us for the $47.00 filing fee.  Please ask for attorney Spencer Freeman if you call this week for the fee, as I will be out of the office until next Monday.  When you are able to issue the Subpoena, please Reply to All so that both Mr. Freeman and I receive the issued Subpoena.

Thank you in advance for your assistance in this matter.

~Deb

*Deborah M. Johnson-Perea*
*Sr. Paralegal/Analyst*
Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, Washington  98402
253.383.4500
253.383.4501 (fax)
dmjperea55@outlook.com

CONFIDENTIALITY NOTICE: This e-mail message and any attachments may contain confidential information generated by the Freeman Law Firm, Inc. that is legally protected by the attorney-client, work product and/or other privileges.  If you are not a designated or intended recipient on the email, please send a reply email or call 253-383-4500 to notify the sender of the error in transmission, and delete the message and any copies without reviewing or disclosing its contents.


2018.12.05 LT Clerk re Cloudflare DMCA SDT for yourporn.sexy.pdf


DMCA SDT to Cloudflare re yourporn.sexy FINAL.pdf


Tucker Dec ISO Cloudflare SDT re yourporn.sexy FINAL.pdf